**EXHIBIT 1**

## CRADY JEWETT McCULLEY & HOUREN LLP

LAWYERS

2727 ALLEN PARKWAY

SUITE 1700

HOUSTON, TEXAS 77019-2125

----------

(713) 739-7007

E-MAIL: wsudela@cjmhlaw.com

WILLIAM R. SUDELA
PARTNER

TELEFAX
(713)-739-8403

May 28, 2020

***Certified Mail/Return Receipt***
***Requested and Regular Mail***
Plains Marketing, L.P.
1600 Stout St., Suite 1200
Denver, CO  80202

***Certified Mail/Return Receipt***
***Requested and Regular Mail***
Plains Marketing, L.P.
PO Box 4248
Houston, TX  77210

***Certified Mail/Return Receipt***
***Requested and Regular Mail***
Plains Marketing, L.P.
704 3rd Street NE
Belfield, ND  59622

***Certified Mail/Return Receipt***
***Requested and Regular Mail***
Plains Marketing, L.P.
333 Clay Street, Suite 1600
Houston, TX  77002

***Certified Mail/Return Receipt***
***Requested and Regular Mail***
Plains Marketing, L.P.
c/o Corporation Service Company d/b/a
CSC-Lawyers Incorporating Service
Company, Registered Agent
211 E. 7th Street, Suite 620
Austin, TX  78701-3218

***Certified Mail/Return Receipt***
***Requested and Regular Mail***
Gas Processors, Inc.
21 Wesley Road
Columbia, MS  39429

***Certif ied Mail/Return Receipt***
***Requested and Regular Mail***
Gas Processors, Inc.
c/o Business Filings Incorporated
Registered Agent
2 North Jackson Street, Suite 605
Montgomery, AL  36104

May 28, 2020
Page 2

Re:     Claim of Kelley Brothers Contractors, Inc., a Mississippi corporation, for materials furnished to Sklar Exploration Company, LLC, a Louisiana limited liability company, for the Craft-Mack 17-4 #1 Well in Conecuh County, Alabama

Ladies and Gentlemen:

Our Firm represents Kelley Brothers Contractors, Inc., a Mississippi corporation, ("Kelley Brothers"). Kelley Brothers has recently perfected a lien claim (the "Lien") against the referenced well and the corresponding leasehold estate (the "Leasehold Estate") to secure the payment of the referenced claim of Kelley Brothers. The Leasehold Estate is further described in the Verified Statement of Lien (the "Lien Statement") which has been filed for record with the County Clerk of Conecuh County, Alabama. A copy of the Lien Statement (without exhibits) is attached to this letter.[1]

It is our understanding that you[2] may be the first purchaser of a portion of the production under the Leasehold Estate encumbered by the Lien.

As you may be aware, the lien under the Alabama Oil and Gas Lien Act extends not only to the leasehold estate for which the claimant's services and/or materials were furnished, but also to the production from that leasehold estate. As such, we instruct you to suspend all payment for production sold to you by Sklar Exploration Company, LLC, the operator of the Leasehold Estate, with respect to production from this Leasehold Estate, until the referenced claim is satisfied, or you are otherwise advised by Kelley Brothers that the Lien has been released.

Contact me if you have any questions or comments regarding the foregoing matter.

Very truly yours,

/S/ *William R. Sudela*

William R. Sudela

Enclosure

---

1 Contact me if you would like to have a copy of the exhibits to the Claim of Lien forwarded to you.

2 References to "you", "your", and similar pronouns are intended to be references to the addressees of this letter.

505466v.1 K334/00001 (Kelley Brothers/Sklar -- Craft-Mack 17-4 #1 Well, Conecuh County, AL)

May 28, 2020
Page 3

cc:     ***Via Email:  kelleybros@kelleycompanies.com***
        Jerry Kelley, President
        Kelley Brothers Contractors, Inc.
        (w/ Attachments)

        ***Certified Mail - Return Receipt***
        ***Requested and Regular Mail***
        Sklar Exploration Company, LLC
        401 Edwards St., Suite 1601
        Shreveport, LA  71101

        ***Certified Mail - Return Receipt***
        ***Requested and Regular Mail***
        Sklar Exploration Company, LLC
        c/o C T Corporation System
        Registered Agent
        3867 Plaza Tower Dr.
        Baton Rouge, LA  70816

## <u>VERIFIED STATEMENT OF LIEN</u>

STATE OF ALABAMA       §
                               §

COUNTY OF CONECUH     §

    KELLEY BROTHERS CONTRACTORS, INC., a Mississippi corporation, ("Claimant") files this statement in writing, verified by the oath of JERRY KELLEY, President of Kelley Brothers Contractors, Inc., who has personal knowledge of the facts herein set forth below:

    That Claimant claims a lien (the "Lien") upon the "Property" (herein defined), to the extent of the interest therein, legal and/or equitable, fee and/or leasehold, of the "Working Interest Owners" (herein defined), to the extent provided herein.

    The Property includes:

    the land (the "Land") situated in Conecuh County, State of Alabama, further described in the attached **Exhibit "A"** and/or the attached **Exhibit "B"**, including all improvements and appurtenances thereto;

    all mineral leasehold estates with respect to minerals located in, on, or under the Land (the "Leasehold Estates"), including the leases (the "Leases") associated with the "Wells" (herein defined), including all field wide units in which the Wells are located, and each production unit in which any one or more of the Wells is located, including all improvements and appurtenances to the Land, and/or the Wells, and including the right to the use of the surface of the Land, and the right to extract minerals located in, on, or under the Land;

    all easements to and/or from the Land (the "Easements"), including, but not necessarily limited to, those easements described in, and/or referred to in the instruments listed in, the attached **Exhibit "A",** and/or described and/or referred to in the attached **Exhibit "B"**;

    all licenses and permits pertaining to the Land and/or the Wells, including, but not necessarily limited to, those permits and/or licenses described in, and/or referred to in the instruments listed in, the attached **Exhibit "A"**, and/or described and/or referred to in the attached **Exhibit "B"**;

all wells (the "Wells", whether one or more) used in connection with operations conducted in, on, under, or about the Land, including the overall operation of the Wells, such Wells including, but not necessarily limited to: those wells identified in, and/or referred to in the instruments listed in, the attached **Exhibit "A"**, and/or described and/or referred to in the attached **Exhibit "B"**;

all other property and/or property rights pertaining to the use and/or operation of the Land and/or the Wells, including, but not necessarily limited to, those properties and/or property rights described in, and/or referred to in the instruments listed in, the attached **Exhibit "A"**, and/or described and/or referred to in the attached **Exhibit "B"**; and,

such additional property as provided by the laws of the State of Alabama, including, but not necessarily limited to, Alabama Code §35-11-210, et seq.

This Lien is claimed, separately, severally, and jointly, as to the Land, the Leasehold Estates, the Wells, the buildings and improvements in, on, under, or about the Land, the Leasehold Estates, and/or the Wells, and all rights and appurtenances pertaining to any or all of the foregoing.

That said Lien is claimed to secure an indebtedness of **One Thousand Seven Hundred Fifty-Seven and 50/100 Dollars ($1,757.50)** with interest as may be allowed under the laws of the State of Alabama from the respective dates of the furnishing of the services, material and/or equipment (collectively, the "Work") giving rise to the Lien claimed herein, which Work and the dates of furnishing are further described in the attached **Exhibit "B"**.

The first of the Work was provided on **December 14, 2019**. The last of the Work was provided on **December 19, 2019**. (See, also, the attached **Exhibit "B"**.)

The Working Interest Owners, who are the owners or proprietors of said Property, and their respective addresses, are:

Sklarco, LLC
401 Edwards St.,
Suite 1601
Shreveport, LA 71101

Sklarco, LLC
c/o C T Corporation
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

Embayment Production, LLC
c/o William B. Ridgway, Jr.
233 ½ East Capitol Street
PO Box 187
Jackson, MS  39205-0187

Joseph Pflanzer, M.D.
2801 Bolton Boone, Suite 101
DeSoto, Texas  75115

Patrick J. McBride
2152 Moonstone Circle
El Dorado Hills, CA  95762

North Beach, LLC
P.O. Box 22585
Jackson, MS  39225-2585

North Beach, LLC
c/o Donnie W. Lambert
Registered Agent
103 Millcreek Corners, #A
Brandon, MS  39047

Conecuh Beach, LLC
PO Box 320566
Flowood, MS  39232-0566

Conecuh Oil Company, LLC
c/o R. Scott Hines, Registered Agent
599 Northpark Dr.
PO Box 3216
Ridgeland, MS  39158

Sellars Family Trust
2801 Bolton Boone, Suite 101
DeSoto, Texas  75115

Landmark Exploration, LLC
c/o Michael E. Johnson
Registered Agent
PO Box 12004
Jackson, MS  39236

Landmark Exploration, LLC
c/o Michael E. Johnson
Registered Agent
113 Park Circle Drive
Flowood, MS  39332

Chateau Blanche, LLC
c/o Geofrey G. Hambach
Registered Agent
PO Box 1311
Brookhaven, MS  39602

Chateau Blanche, LLC
c/o Geofrey G. Hambach
Registered Agent
863 NE Hwy. 51 South
Brookhaven, MS  39602

Claimant furnished the Work to **Sklar Exploration Company, LLC, a Louisiana limited liability company**, ("Sklar Exploration"), who was the operator of the Wells. **Sklarco, LLC, a Louisiana limited liability company**, ("Sklarco") holds a working interest in the Property.  Sklar Exploration and Sklarco are related entities.  In that regard, to the extent of Sklarco's ownership interest in the Property, Sklar Exploration was the agent of Sklarco.  As such Claimant furnished its Work on the Property, and asserts the

Lien, as a direct contractor to Sklarco, and asserts the Lien both as to Sklar Exploration's ownership and operating interest in and to the Property, and as to Sklarco's ownership interest in and to the Property.

Further, to the extent Sklar Exploration was acting as the agent of any of the other Working Interest Owners, Claimant furnished its work on the Property, and asserts the Lien, as a direct contractor to such Working Interest Owners and, to that extent, asserts the Lien against the interest in the Property held by such other Working Interest Owners.

Without waiving the foregoing, to the extent Sklar Exploration was acting as a contractor to a Working Interest Owner, and not as its agent, Claimant furnished its work on the Property, and asserts the Lien, as a subcontractor to Sklar Exploration, against the interest in the Property held by such Working Interest Owner.

_____
Jerry Kelley, President of Kelley Brothers Contractors, Inc., a Mississippi corporation

Before me, _____, a Notary Public in and for the State of Mississippi, personally appeared Jerry Kelley, who being duly sworn, doth depose and say: That he has personal knowledge of the facts set forth in the foregoing Verified Statement of Lien, and that the same are true and correct to the best of his knowledge and belief.

_____
Jerry Kelley, Affiant

Subscribed and sworn to before me on this the _____ day of May, 2020, by said Affiant, Jerry Kelley.

_____
Notary Public, State of Mississippi

505461v.1 K334/00001 (Kelley Brothers/Sklar – Craft-Mack 17-4 #1 Well, Conecuh County, AL)

William R. Sudela
Crady Jewett McCulley & Houren LLP
2727 Allen Parkway
Suite 1700
Houston, TX 77019

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®



FIRST-CLASS

PITNEY BOWES
US POSTAGE

02 7H
0001230211    MAY 28 2020
$ 007.05⁰
MAILED FROM ZIP CODE 77019



9414 7266 9904 2165 4264 07

RETURN RECEIPT REQUESTED

Plains Marketing, L.P.
c/o Corporation Service Company d/b/a
CSC-Lawyers Incorporating Service Company,
Registered Agent
211 E. 7th Street, Suite 620
Austin, TX 78701-3218

CRADY JEWETT McCULLEY & HOUREN LLP

LAWYERS

2727 ALLEN PARKWAY

SUITE 1700

HOUSTON, TEXAS 77019-2125

----------

(713) 739-7007

E-MAIL: wsudela@cjmhlaw.com

WILLIAM R. SUDELA
PARTNER

TELEFAX
(713)-739-8403

May 20, 2020

***Certified Mail/Return Receipt***
***Requested and Regular Mail***
Plains Marketing, L.P.
1600 Stout St., Suite 1200
Denver, CO  80202

***Certified Mail/Return Receipt***
***Requested and Regular Mail***
Plains Marketing, L.P.
PO Box 4248
Houston, TX  77210

***Certified Mail/Return Receipt***
***Requested and Regular Mail***
Plains Marketing, L.P.
704 3rd Street NE
Belfield, ND  59622

***Certified Mail/Return Receipt***
***Requested and Regular Mail***
Plains Marketing, L.P.
333 Clay Street, Suite 1600
Houston, TX  77002

***Certified Mail/Return Receipt***
***Requested and Regular Mail***
Plains Marketing, L.P.
c/o Corporation Service Company d/b/a
CSC-Lawyers Incorporating Service
Company, Registered Agent
211 E. 7th Street, Suite 620
Austin, TX  78701-3218

***Certified Mail/Return Receipt***
***Requested and Regular Mail***
The Southeast Alabama Gas District
c/o C T Corporation System
Registered Agent
2 North Jackson Street, Suite 605
Montgomery, AL  36104

Re:   Claim of Kelley Brothers Contractors, Inc., a Mississippi corporation, for materials furnished to Sklar Exploration Company, LLC, a Louisiana limited liability company, for the Cedar Creek Land & Timber 13-11 #1 Well in Escambia County, Alabama

504938v.1 K334/00001 (Kelley Brothers/Sklar – CCL&T 13-11 #1 Well, Escambia County, AL)

May 20, 2020
Page 2


Ladies and Gentlemen:

Our Firm represents Kelley Brothers Contractors, Inc., a Mississippi corporation, ("Kelley Brothers"). Kelley Brothers has recently perfected a lien claim (the "Lien") against the referenced well and the corresponding leasehold estate (the "Leasehold Estate") to secure the payment of the referenced claim of Kelley Brothers. The Leasehold Estate is further described in the Verified Statement of Lien (the "Lien Statement") which has been filed for record with the County Clerk of Escambia County, Alabama. A copy of the Lien Statement (without exhibits) is attached to this letter.[1]

It is our understanding that you[2] may be the first purchaser of a portion of the production under the Leasehold Estate encumbered by the Lien.

As you may be aware, the lien under the Alabama Oil and Gas Lien Act extends not only to the leasehold estate for which the claimant's services and/or materials were furnished, but also to the production from that leasehold estate. As such, we instruct you to suspend all payment for production sold to you by Sklar Exploration Company, LLC, the operator of the Leasehold Estate, with respect to production from this Leasehold Estate, until the referenced claim is satisfied, or you are otherwise advised by Kelley Brothers that the Lien has been released.

Contact me if you have any questions or comments regarding the foregoing matter.

Very truly yours,

/S/ William R. Sudela

William R. Sudela

Enclosure

cc:    **Via Email: kelleybros@kelleycompanies.com**
       Jerry Kelley, President
       Kelley Brothers Contractors, Inc.
       (w/ Attachments)

---

1 Contact me if you would like to have a copy of the exhibits to the Claim of Lien forwarded to you.

2 References to "you", "your", and similar pronouns are intended to be references to the addressees of this letter.

504938v.1 K334/00001 (Kelley Brothers/Sklar – CCL&T 13-11 #1 Well, Escambia County, AL)

May 20, 2020
Page 3

*Certified Mail - Return Receipt
Requested and Regular Mail*
Sklar Exploration Company, LLC
401 Edwards St., Suite 1601
Shreveport, LA 71101

*Certified Mail - Return Receipt
Requested and Regular Mail*
Sklar Exploration Company, LLC
c/o C T Corporation System
Registered Agent
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

## <u>VERIFIED STATEMENT OF LIEN</u>

STATE OF ALABAMA            §
                            §
COUNTY OF ESCAMBIA          §

KELLEY BROTHERS CONTRACTORS, INC., a Mississippi corporation, ("Claimant") files this statement in writing, verified by the oath of JERRY KELLEY, President of Kelley Brothers Contractors, Inc., who has personal knowledge of the facts herein set forth below:

That Claimant claims a lien (the "Lien") upon the "Property" (herein defined), to the extent of the interest therein, legal and/or equitable, fee and/or leasehold, of the "Working Interest Owners" (herein defined), to the extent provided herein.

The Property includes:

the land (the "Land") situated in Escambia County, State of Alabama, further described in the attached **Exhibit "A"** and/or the attached **Exhibit "B",** including all improvements and appurtenances thereto;

all mineral leasehold estates with respect to minerals located in, on, or under the Land (the "Leasehold Estates"), including the leases (the "Leases") associated with the "Wells" (herein defined), including all improvements and appurtenances to the Land, and/or the Wells, and including the right to the use of the surface of the Land, and the right to extract minerals located in, on, or under the Land;

all easements to and/or from the Land (the "Easements"), including, but not necessarily limited to, those easements described in, and/or referred to in the instruments listed in, the attached **Exhibit "A",** and/or described and/or referred to in the attached **Exhibit "B";**

all licenses and permits pertaining to the Land and/or the Wells, including, but not necessarily limited to, those permits and/or licenses described in, and/or referred to in the instruments listed in, the attached **Exhibit "A",** and/or described and/or referred to in the attached **Exhibit "B";**

all wells (the "Wells", whether one or more) used in connection with operations conducted in, on, under, or about the Land, including the overall operation of the Wells, such Wells including, but not necessarily limited to: those wells identified in, and/or referred to in the instruments listed in, the attached **Exhibit "A"**, and/or described and/or referred to in the attached **Exhibit "B"**;

all other property and/or property rights pertaining to the use and/or operation of the Land and/or the Wells, including, but not necessarily limited to, those properties and/or property rights described in, and/or referred to in the instruments listed in, the attached **Exhibit "A"**, and/or described and/or referred to in the attached **Exhibit "B"**; and,

such additional property as provided by the laws of the State of Alabama, including, but not necessarily limited to, Alabama Code §35-11-210, et seq.

This Lien is claimed, separately, severally, and jointly, as to the Land, the Leasehold Estates, the Wells, the buildings and improvements in, on, under, or about the Land, the Leasehold Estates, and/or the Wells, and all rights and appurtenances pertaining to any or all of the foregoing.

That said Lien is claimed to secure an indebtedness of **Seven Thousand Eighty-Four and 50/100 Dollars ($7,084.50)** with interest as may be allowed under the laws of the State of Alabama from the respective dates of the furnishing of the services, material and/or equipment (collectively, the "Work") giving rise to the Lien claimed herein, which Work and the dates of furnishing are further described in the attached **Exhibit "B"**.

The first of the Work was provided on **October 23, 2019**. The last of the Work was provided on **January 22, 2020**. (See, also, the attached **Exhibit "B"**.)

The Working Interest Owners, who are the owners or proprietors of said Property, and their respective addresses, are:

Sklarco, LLC
401 Edwards St.,
Suite 1601
Shreveport, LA  71101

Sklarco, LLC
c/o C T Corporation
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

BVS, LLC
c/o Brian Biffle, Registered Agent
2010 Balsam Drive
Boulder, CO  80304

Daboil Resources, LC
505 Geneva Avenue
Boulder, CO  80302

FPCC USA, Inc.
245 Commerce Green Blvd., Ste. 250
Sugar Land, TX  77478

FPCC USA, Inc.
c/o Corporation Service Company dba
CSC – Lawyers Incorporating Service
Company
211 E. 7th Street, Suite 620
Austin, TX  78701-3218

Aspen Energy, Inc.
161 St. Matthews Ave., Suite 16
Louisville, KY  40207

Aspen Energy, Inc.
c/o Michael S. Reed, Registered Agent
4051 Ormond Road
Louisville, KY  40207

Chanse Resources, L.L.C.
Attn:  Wes Shepherd, COO
PO Box 1572
Shreveport, LA  71165

Joel Davis
PO Box 540988
Houston, TX  77254

Gateway Exploration, LLC
Attn:  Jay Moffitt
3555 Timmons Lane, Suite 730
Houston, TX  77027

Gateway Exploration, LLC
c/o Taylor V. Cooksey
Registered Agent
6363 Woodway, Suite 610
Houston, TX  77057

Bundero Investment Company, L.L.C.
c/o Malcolm S. Murchison
Registered Agent
401 Edwards Street, Suite 820
Shreveport, LA  71101

Craft Exploration Company, LLC
PO Box 2430
Madison, MS  39130

Craft Exploration Company, LLC
c/o Julie Den Herder, Registered Agent
125 Bradshaw Crossing
Canton, MS  39046

Fant Energy Limited
PO Box 55205
Houston, TX  77255

Fant Energy Limited
1322 N. Post Oak Rd.
Houston, TX  77055

Fant Energy Limited
c/o Capitol Corporate Services, Inc.
206 E. 9th St., Suite 1300
Austin, TX  78701

GCREW Properties, LLC
c/o George E. Jochetz, III, Pres.
Registered Agent
12323 Rip Van Winkle
Houston, TX  77024

HBRada, LLC
Hansen Rada, Manager
Registered Agent
2010 Alphine Drive
Boulder, CO  80304

Kudzu Oil Properties, LLC
c/o Wirt A. Yerger, III, Registered Agent
300 Concourse Blvd., Suite 101
Ridgeland, MS  39157

MER Energy, Ltd.
c/o William C. Herndon
Registered Agent
6500 Greenville Ave., Suite 110
Dallas, TX  75206

Resource Ventures, LLC
Attn:  Mark A. Arnold
7112 W. Jefferson Ave., Suite 106
Lakewood, CO  80235

Resource Ventures, LLC
c/o Steven Swanson
5720 S. Benton Circle
Littleton, CO  80123

Robert Israel
2920 6th Street
Boulder, CO  80304

TST Energy, LLC
c/o Tracy S. Toups, Manager
Registered Agent
3238 Barksdale Blvd.
Bossier City, LA  71112

JF Howell Interests, LP
Attn:  James David Morgan, Manager
416 Travis Street, Suite 700
Shreveport, LA  71101

JF Howell Interests, LP
350 N. St. Paul Street, Suite 2900
Dallas, TX  75201

JF Howell Interests, LP
c/o J. Benjamin Warren, Jr.
Registered Agent
401 Edwards St., Suite 2010
Shreveport, LA  71101

Landmark Exploration, LLC
PO Box 12004
Jackson, MS  39236

Landmark Exploration, LLC
c/o Michael E. Johnson
Registered Agent
113 Park Circle Drive
Flowood, MS  39332

Meritage Energy, Ltd.
c/o BKD, LLP
c/o John W. Steffes, Registered Agent
2800 Post Oak Blvd, Suite 3200
Houston, TX  77056

Pickens Financial Group, LLC
c/o Pickens Energy Corporation
Registered Agent
10100 N. Central Expressway, Suite 200
Dallas, TX  75231-4159

Tauber Exploration & Production Co.
c/o Richard E. Tauber,
Registered Agent
55 Waugh Drive, Suite 600
Houston, TX  77007

JJS Interests North Beach, LLC
4295 San Felipe, Suite 207
Houston, TX  77027

JJS Interests North Beach, LLC
c/o Justin Simons, Registered Agent
2001 Kirby Dr., Suite 1110
Houston, TX  77019

Marksco, L.L.C.
c/o Mark Sealy, Registered Agent
333 Texas Street, Suite 1050
Shreveport, LA  71101

MJS Interests, LLC
c/o Martin J. Schaffer, Registered Agent
9266 Hathaway Street
Dallas, TX  75220

Robert Israel Trust
2920 6th Street
Boulder, CO  80304

Tiembo Ltd.
Attn:  Mark Rauch
PO Box 270415
Houston, TX  77277-0415

Tiembo Ltd.
c/o Gary S. Glesby, Registered Agent
3040 Post Oak Blvd., 13th Fl.
Houston, TX  77056

Claimant furnished the Work to **Sklar Exploration Company, LLC, a Louisiana limited liability company**, ("Sklar Exploration"), who was the operator of the Wells. **Sklarco, LLC, a Louisiana limited liability company**, ("Sklarco") holds a working interest in the Property.  Sklar Exploration and Sklarco are related entities.  In that regard, to the extent of Sklarco's ownership interest in the Property, Sklar Exploration was the agent of Sklarco.  As such Claimant furnished its Work on the Property, and asserts the Lien, as a direct contractor to Sklarco, and asserts the Lien both as to Sklar Exploration's ownership and operating interest in and to the Property, and as to Sklarco's ownership interest in and to the Property.

Further, to the extent Sklar Exploration was acting as the agent of any of the other Working Interest Owners, Claimant furnished its work on the Property, and asserts the Lien, as a direct contractor to such Working Interest Owners and, to that extent, asserts the Lien against the interest in the Property held by such other Working Interest Owners.

Without waiving the foregoing, to the extent Sklar Exploration was acting as a contractor to a Working Interest Owner, and not as its agent, Claimant furnished its work on the Property, and asserts the Lien, as a subcontractor to Sklar Exploration, against the interest in the Property held by such Working Interest Owner.

_____

Jerry Kelley, President of Kelley Brothers Contractors, Inc., a Mississippi corporation

Before me, _____, a Notary Public in and for the State of Mississippi, personally appeared Jerry Kelley, who being duly sworn, doth depose and say:  That he has personal knowledge of the facts set forth in the foregoing Verified Statement of Lien, and that the same are true and correct to the best of his knowledge and belief.

_____

Jerry Kelley, Affiant

Subscribed and sworn to before me on this the _____ day of May, 2020, by said Affiant, Jerry Kelley.

_____

Notary Public, State of Mississippi

504939v.1 K334/00001 (Kelley Brothers/Sklar – CCL&T 13-11 #1 Well, Escambia County, AL)

Crady Jewett McCulley & Houren LLP
2727 Allen Parkway
Suite 1700
Houston, TX 77019

FIRST-CLASS

US POSTAGE

02 7H                    $ 000.650
0001230211     MAY 20 2020
MAILED FROM ZIP CODE 77019

Plains Marketing, L.P.
c/o Corporation Service Company d/b/a
CSC-Lawyers Incorporating Service Company
Registered Agent
211 E. 7th Street, Suite 620
Austin, TX 78701-3218



**LYN / ALL**
**Transmittal Number: 21614423**
**Date Processed: 06/12/2020**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Monya Churchill<br>Plains All American Pipeline, L.P.<br>333 Clay St<br>Ste 1600<br>Houston, TX 77002-4101 |
| **Electronic copy provided to:** | Rachel Sanders<br>Lourdes Ybarra |
| **Entity:** | Plains Marketing, L.P.<br>Entity ID Number  2523163 |
| **Entity Served:** | Plains Marketing, L.P. |
| **Title of Action:** | GE Oil & Gas Pressure Control LP vs. The Cedar Creek Land & Timber 13-11 #1 Well in Escambia County, Alabama |
| **Document(s) Type:** | Notice |
| **Nature of Action:** | Property |
| **Jurisdiction Served:** | Texas |
| **Date Served on CSC:** | 06/11/2020 |
| **Answer or Appearance Due:** | Other/NA |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| Sender Information: | William R. Sudela<br>713-739-7007 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

CRADY JEWETT McCULLEY & HOUREN LLP

LAWYERS

2727 ALLEN PARKWAY

SUITE 1700

HOUSTON, TEXAS 77019-2125

----------

(713) 739-7007

E-MAIL: wsudela@cjmhlaw.com

WILLIAM R. SUDELA
PARTNER

TELEFAX
(713)-739-8403

June 8, 2020

***Certified Mail/Return Receipt
Requested and Regular Mail***
Plains Marketing, L.P.
1600 Stout St., Suite 1200
Denver, CO  80202

***Certified Mail/Return Receipt
Requested and Regular Mail***
Plains Marketing, L.P.
PO Box 4248
Houston, TX  77210

***Certified Mail/Return Receipt
Requested and Regular Mail***
Plains Marketing, L.P.
704 3rd Street NE
Belfield, ND  59622

***Certified Mail/Return Receipt
Requested and Regular Mail***
Plains Marketing, L.P.
333 Clay Street, Suite 1600
Houston, TX  77002

***Certified Mail/Return Receipt
Requested and Regular Mail***
Plains Marketing, L.P.
c/o Corporation Service Company d/b/a
CSC-Lawyers Incorporating Service
Company, Registered Agent
211 E. 7th Street, Suite 620
Austin, TX  78701-3218

***Certified Mail/Return Receipt
Requested and Regular Mail***
The Southeast Alabama Gas District
c/o C T Corporation System
Registered Agent
2 North Jackson Street, Suite 605
Montgomery, AL  36104

Re:   Claim of GE Oil & Gas Pressure Control LP, a Texas limited
      partnership, for materials furnished to Sklar Exploration Company,
      LLC, a Louisiana limited liability company, for the Cedar Creek Land &
      Timber 13-11 #1 Well in Escambia County, Alabama

June, 2020
Page 2

Ladies and Gentlemen:

Our Firm represents GE Oil & Gas Pressure Control LP, a Texas limited partnership, ("GE Oil & Gas"). GE Oil & Gas has recently perfected a lien claim (the "Lien") against the referenced well and the corresponding leasehold estate (the "Leasehold Estate") to secure the payment of the referenced claim of GE Oil & Gas. The Leasehold Estate is further described in the Verified Statement of Lien (the "Lien Statement") which has been filed for record with the County Clerk of Escambia County, Alabama. A copy of the Lien Statement (without exhibits) is attached to this letter.[1]

It is our understanding that you[2] may be the first purchaser of a portion of the production under the Leasehold Estate encumbered by the Lien.

As you may be aware, the lien under the Alabama Lien Statute extends not only to the leasehold estate for which the claimant's services and/or materials were furnished, but also to the production from that leasehold estate. As such, we instruct you to suspend all payment for production sold to you by Sklar Exploration Company, LLC, the operator of the Leasehold Estate, with respect to production from this Leasehold Estate, until the referenced claim is satisfied, or you are otherwise advised by GE Oil & Gas that the Lien has been released.

Contact me if you have any questions or comments regarding the foregoing matter.

Very truly yours,

*/S/ William R. Sudela*

William R. Sudela

Enclosure

cc:   **_Email: jamonia.jones@b akerhughes.com_**
Jamonia Jones
Lead Specialist – Contract Management
Baker Hughes Company
(w/ Attachment)

---

1 Contact me if you would like to have a copy of the exhibits to the Claim of Lien forwarded to you.

2 References to "you", "your", and similar pronouns are intended to be references to the addressees of this letter.

506650v.1 B075/00713 (GE Oil & Gas/Sklar – CCL&T 13-11 #1 Well, Escambia County, AL)

June, 2020
Page 3

***Certified Mail - Return Receipt***
***Requested and Regular Mail***
Sklar Exploration Company, LLC
401 Edwards St., Suite 1601
Shreveport, LA  71101

***Certified Mail - Return Receipt***
***Requested and Regular Mail***
Sklar Exploration Company, LLC
c/o C T Corporation System
Registered Agent
3867 Plaza Tower Dr.
Baton Rouge, LA  70816

Crady Jewett McCulley & Houren LLP
WILLIAM R. SUDELA
2727 Allen Parkway
Suite 1700
Houston, TX 77019-2125





PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

**CERTIFIED MAIL**

9414 7266 9904 2153 5455 49

Plains Marketing, L.P.
c/o Corporation Service Company d/b/a
CSC- Lawyers Incorporating Service
Company, Registered Agent
211 E. 7th Street, Suite 620
Austin, TX 78701

CRADY JEWETT McCULLEY & HOUREN LLP

LAWYERS

2727 ALLEN PARKWAY

SUITE 1700

HOUSTON, TEXAS 77019-2125

----------

(713) 739-7007

E-MAIL: wsudela@cjmhlaw.com

WILLIAM R. SUDELA
PARTNER

TELEFAX
(713)-739-8403

May 20, 2020

*Certified Mail/Return Receipt
Requested and Regular Mail*
Plains Marketing, L.P.
1600 Stout St., Suite 1200
Denver, CO  80202

*Certified Mail/Return Receipt
Requested and Regular Mail*
Plains Marketing, L.P.
PO Box 4248
Houston, TX  77210

*Certified Mail/Return Receipt
Requested and Regular Mail*
Plains Marketing, L.P.
704 3rd Street NE
Belfield, ND  59622

*Certified Mail/Return Receipt
Requested and Regular Mail*
Plains Marketing, L.P.
333 Clay Street, Suite 1600
Houston, TX  77002

*Certified Mail/Return Receipt
Requested and Regular Mail*
Plains Marketing, L.P.
c/o Corporation Service Company d/b/a
CSC-Lawyers Incorporating Service
Company, Registered Agent
211 E. 7th Street, Suite 620
Austin, TX  78701-3218

*Certified Mail/Return Receipt
Requested and Regular Mail*
The Southeast Alabama Gas District
c/o C T Corporation System
Registered Agent
2 North Jackson Street, Suite 605
Montgomery, AL  36104

Re:   Claim of Kelley Brothers Contractors, Inc., a Mississippi corporation, for materials furnished to Sklar Exploration Company, LLC, a Louisiana limited liability company, for the Cedar Creek Land & Timber 13-15 #1 ST Well in Escambia County, Alabama

504925v.1 K334/00001 (Kelley Brothers/Sklar – CCL&T 13-15 #1 ST Well, Escambia County, AL)

May 20, 2020
Page 2


Ladies and Gentlemen:

Our Firm represents Kelley Brothers Contractors, Inc., a Mississippi corporation, ("Kelley Brothers"). Kelley Brothers has recently perfected a lien claim (the "Lien") against the referenced well and the corresponding leasehold estate (the "Leasehold Estate") to secure the payment of the referenced claim of Kelley Brothers. The Leasehold Estate is further described in the Verified Statement of Lien (the "Lien Statement") which has been filed for record with the County Clerk of Escambia County, Alabama. A copy of the Lien Statement (without exhibits) is attached to this letter.[1]

It is our understanding that you[2] may be the first purchaser of a portion of the production under the Leasehold Estate encumbered by the Lien.

As you may be aware, the lien under the Alabama Oil and Gas Lien Act extends not only to the leasehold estate for which the claimant's services and/or materials were furnished, but also to the production from that leasehold estate. As such, we instruct you to suspend all payment for production sold to you by Sklar Exploration Company, LLC, the operator of the Leasehold Estate, with respect to production from this Leasehold Estate, until the referenced claim is satisfied, or you are otherwise advised by Kelley Brothers that the Lien has been released.

Contact me if you have any questions or comments regarding the foregoing matter.

Very truly yours,

/S/ William R. Sudela

William R. Sudela

Enclosure

cc:   **_Via Email:  kelleybros@kelleycompanies.com_**
Jerry Kelley, President
Kelley Brothers Contractors, Inc.
(w/ Attachments)

---

1 Contact me if you would like to have a copy of the exhibits to the Claim of Lien forwarded to you.

2 References to "you", "your", and similar pronouns are intended to be references to the addressees of this letter.

504925v.1 K334/00001 (Kelley Brothers/Sklar – CCL&T 13-15 #1 ST Well, Escambia County, AL)

May 20, 2020
Page 3

***Certified Mail - Return Receipt
Requested and Regular Mail***
Sklar Exploration Company, LLC
401 Edwards St., Suite 1601
Shreveport, LA  71101

***Certified Mail - Return Receipt
Requested and Regular Mail***
Sklar Exploration Company, LLC
c/o C T Corporation System
Registered Agent
3867 Plaza Tower Dr.
Baton Rouge, LA  70816

## VERIFIED STATEMENT OF LIEN

STATE OF ALABAMA          §
                                          §
COUNTY OF ESCAMBIA      §

KELLEY BROTHERS CONTRACTORS, INC., a Mississippi corporation, ("Claimant") files this statement in writing, verified by the oath of JERRY KELLEY, President of Kelley Brothers Contractors, Inc., who has personal knowledge of the facts herein set forth below:

That Claimant claims a lien (the "Lien") upon the "Property" (herein defined), to the extent of the interest therein, legal and/or equitable, fee and/or leasehold, of the "Working Interest Owners" (herein defined), to the extent provided herein.

The Property includes:

the land (the "Land") situated in Escambia County, State of Alabama, further described in the attached **Exhibit "A"** and/or the attached **Exhibit "B"**, including all improvements and appurtenances thereto;

all mineral leasehold estates with respect to minerals located in, on, or under the Land (the "Leasehold Estates"), including the leases (the "Leases") associated with the "Wells" (herein defined), including all improvements and appurtenances to the Land, and/or the Wells, and including the right to the use of the surface of the Land, and the right to extract minerals located in, on, or under the Land;

all easements to and/or from the Land (the "Easements"), including, but not necessarily limited to, those easements described in, and/or referred to in the instruments listed in, the attached **Exhibit "A",** and/or described and/or referred to in the attached **Exhibit "B"**;

all licenses and permits pertaining to the Land and/or the Wells, including, but not necessarily limited to, those permits and/or licenses described in, and/or referred to in the instruments listed in, the attached **Exhibit "A"**, and/or described and/or referred to in the attached **Exhibit "B"**;

all wells (the "Wells", whether one or more) used in connection with operations conducted in, on, under, or about the Land, including the overall operation of the Wells, such Wells including, but not necessarily limited to: those wells identified in, and/or referred to in the instruments listed in, the attached **Exhibit "A"**, and/or described and/or referred to in the attached **Exhibit "B"**;

all other property and/or property rights pertaining to the use and/or operation of the Land and/or the Wells, including, but not necessarily limited to, those properties and/or property rights described in, and/or referred to in the instruments listed in, the attached **Exhibit "A"**, and/or described and/or referred to in the attached **Exhibit "B"**; and,

such additional property as provided by the laws of the State of Alabama, including, but not necessarily limited to, Alabama Code §35-11-210, et seq.

This Lien is claimed, separately, severally, and jointly, as to the Land, the Leasehold Estates, the Wells, the buildings and improvements in, on, under, or about the Land, the Leasehold Estates, and/or the Wells, and all rights and appurtenances pertaining to any or all of the foregoing.

That said Lien is claimed to secure an indebtedness of **Five Thousand Forty-Two and 00/100 Dollars ($5,042.00)** with interest as may be allowed under the laws of the State of Alabama from the respective dates of the furnishing of the services, material and/or equipment (collectively, the "Work") giving rise to the Lien claimed herein, which Work and the dates of furnishing are further described in the attached **Exhibit "B"**.

The first of the Work was provided on **November 2, 2019**. The last of the Work was provided on **January 29, 2020**. (See, also, the attached **Exhibit "B"**.)

The Working Interest Owners, who are the owners or proprietors of said Property, and their respective addresses, are:

*Verified Statement of Lien*
*(Kelley/Sklar-CCL&T 13-15 #1 ST Well, Escambia County, AL)*
504926v.1 K334/00001                    2

Sklarco, LLC
401 Edwards St.,
Suite 1601
Shreveport, LA  71101

Sklarco, LLC
c/o C T Corporation
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

BVS, LLC
c/o Brian Biffle, Registered Agent
2010 Balsam Drive
Boulder, CO  80304

Daboil Resources, LC
505 Geneva Avenue
Boulder, CO  80302

FPCC USA, Inc.
245 Commerce Green Blvd., Ste. 250
Sugar Land, TX  77478

FPCC USA, Inc.
c/o Corporation Service Company dba
CSC – Lawyers Incorporating Service
Company
211 E. 7th Street, Suite 620
Austin, TX  78701-3218

Aspen Energy, Inc.
161 St. Matthews Ave., Suite 16
Louisville, KY  40207

Aspen Energy, Inc.
c/o Michael S. Reed, Registered Agent
4051 Ormond Road
Louisville, KY  40207

Chanse Resources, L.L.C.
Attn:  Wes Shepherd, COO
PO Box 1572
Shreveport, LA  71165

Joel Davis
PO Box 540988
Houston, TX  77254

Gateway Exploration, LLC
Attn:  Jay Moffitt
3555 Timmons Lane, Suite 730
Houston, TX  77027

Gateway Exploration, LLC
c/o Taylor V. Cooksey
Registered Agent
6363 Woodway, Suite 610
Houston, TX  77057

Bundero Investment Company, L.L.C.
c/o Malcolm S. Murchison
Registered Agent
401 Edwards Street, Suite 820
Shreveport, LA  71101

Craft Exploration Company, LLC
PO Box 2430
Madison, MS  39130

Craft Exploration Company, LLC
c/o Julie Den Herder, Registered Agent
125 Bradshaw Crossing
Canton, MS  39046

Fant Energy Limited
PO Box 55205
Houston, TX  77255

504926v.1 K334/00001 (Kelley Brothers/Sklar – Cedar Creek Land & Timber 24-1 #1 Well, Escambia County, AL)

Fant Energy Limited
1322 N. Post Oak Rd.
Houston, TX  77055

Fant Energy Limited
c/o Capitol Corporate Services, Inc.
206 E. 9th St., Suite 1300
Austin, TX  78701

GCREW Properties, LLC
c/o George E. Jochetz, III, Pres.
Registered Agent
12323 Rip Van Winkle
Houston, TX  77024

HBRada, LLC
Hansen Rada, Manager
Registered Agent
2010 Alphine Drive
Boulder, CO  80304

Kudzu Oil Properties, LLC
c/o Wirt A. Yerger, III, Registered Agent
300 Concourse Blvd., Suite 101
Ridgeland, MS  39157

MER Energy, Ltd.
c/o William C. Herndon
Registered Agent
6500 Greenville Ave., Suite 110
Dallas, TX  75206

Resource Ventures, LLC
Attn:  Mark A. Arnold
7112 W. Jefferson Ave., Suite 106
Lakewood, CO  80235

Resource Ventures, LLC
c/o Steven Swanson
5720 S. Benton Circle
Littleton, CO  80123

Robert Israel
2920 6th Street
Boulder, CO  80304

TST Energy, LLC
c/o Tracy S. Toups, Manager
Registered Agent
3238 Barksdale Blvd.
Bossier City, LA  71112

JF Howell Interests, LP
Attn:  James David Morgan, Manager
416 Travis Street, Suite 700
Shreveport, LA  71101

JF Howell Interests, LP
350 N. St. Paul Street, Suite 2900
Dallas, TX  75201

JF Howell Interests, LP
c/o J. Benjamin Warren, Jr.
Registered Agent
401 Edwards St., Suite 2010
Shreveport, LA  71101

Landmark Exploration, LLC
PO Box 12004
Jackson, MS  39236

Landmark Exploration, LLC
c/o Michael E. Johnson
Registered Agent
113 Park Circle Drive
Flowood, MS  39332

Meritage Energy, Ltd.
c/o BKD, LLP
c/o John W. Steffes, Registered Agent
2800 Post Oak Blvd, Suite 3200
Houston, TX 77056

Pickens Financial Group, LLC
c/o Pickens Energy Corporation
Registered Agent
10100 N. Central Expressway, Suite 200
Dallas, TX 75231-4159

Tauber Exploration & Production Co.
c/o Richard E. Tauber,
Registered Agent
55 Waugh Drive, Suite 600
Houston, TX 77007

JJS Interests North Beach, LLC
4295 San Felipe, Suite 207
Houston, TX 77027

JJS Interests North Beach, LLC
c/o Justin Simons, Registered Agent
2001 Kirby Dr., Suite 1110
Houston, TX 77019

Marksco, L.L.C.
c/o Mark Sealy, Registered Agent
333 Texas Street, Suite 1050
Shreveport, LA 71101

MJS Interests, LLC
c/o Martin J. Schaffer, Registered Agent
9266 Hathaway Street
Dallas, TX 75220

Robert Israel Trust
2920 6th Street
Boulder, CO 80304

Tiembo Ltd.
Attn: Mark Rauch
PO Box 270415
Houston, TX 77277-0415

Tiembo Ltd.
c/o Gary S. Glesby, Registered Agent
3040 Post Oak Blvd., 13th Fl.
Houston, TX 77056

Claimant furnished the Work to **Sklar Exploration Company, LLC, a Louisiana limited liability company**, ("Sklar Exploration"), who was the operator of the Wells. **Sklarco, LLC, a Louisiana limited liability company**, ("Sklarco") holds a working interest in the Property. Sklar Exploration and Sklarco are related entities. In that regard, to the extent of Sklarco's ownership interest in the Property, Sklar Exploration was the agent of Sklarco. As such Claimant furnished its Work on the Property, and asserts the Lien, as a direct contractor to Sklarco, and asserts the Lien both as to Sklar Exploration's ownership and operating interest in and to the Property, and as to Sklarco's ownership interest in and to the Property.

504926v.1 K334/00001 (Kelley Brothers/Sklar – CCL&T 13-15 #1 ST Well, Escambia County, AL)

Further, to the extent Sklar Exploration was acting as the agent of any of the other Working Interest Owners, Claimant furnished its work on the Property, and asserts the Lien, as a direct contractor to such Working Interest Owners and, to that extent, asserts the Lien against the interest in the Property held by such other Working Interest Owners.

Without waiving the foregoing, to the extent Sklar Exploration was acting as a contractor to a Working Interest Owner, and not as its agent, Claimant furnished its work on the Property, and asserts the Lien, as a subcontractor to Sklar Exploration, against the interest in the Property held by such Working Interest Owner.

_____

Jerry Kelley, President of Kelley Brothers Contractors, Inc., a Mississippi corporation

Before me, _____, a Notary Public in and for the State of Mississippi, personally appeared Jerry Kelley, who being duly sworn, doth depose and say: That he has personal knowledge of the facts set forth in the foregoing Verified Statement of Lien, and that the same are true and correct to the best of his knowledge and belief.

_____

Jerry Kelley, Affiant

Subscribed and sworn to before me on this the _____ day of May, 2020, by said Affiant, Jerry Kelley.

_____

Notary Public, State of Mississippi

504926v.1 K334/00001 (Kelley Brothers/Sklar – CCL&T 13-15 #1 ST Well, Escambia County, AL)



William K. Stuela
Crady Jewett McCulley & Houren LLP
2727 Allen Parkway
Suite 1700
Houston, TX 77019

FIRST-CLASS

US POSTAGE
$ 000.65⁰
02 7H
0001230211      MAY 20 2020
MAILED FROM ZIP CODE 77019

Plains Marketing, L.P.
c/o Corporation Service Company d/b/a
CSC-Lawyers Incorporating Service Company
Registered Agent
211 E. 7th Street, Suite 620
Austin, TX 78701-3218

**CRADY JEWETT McCULLEY & HOUREN LLP**

LAWYERS

2727 ALLEN PARKWAY

SUITE 1700

HOUSTON, TEXAS 77019-2125

----------

(713) 739-7007

E-MAIL: wsudela@cjmhlaw.com

WILLIAM R. SUDELA
PARTNER

TELEFAX
(713)-739-8403

May 28, 2020

*Certified Mail/Return Receipt*
*Requested and Regular Mail*
Plains Marketing, L.P.
1600 Stout St., Suite 1200
Denver, CO  80202

*Certified Mail/Return Receipt*
*Requested and Regular Mail*
Plains Marketing, L.P.
PO Box 4248
Houston, TX  77210

*Certified Mail/Return Receipt*
*Requested and Regular Mail*
Plains Marketing, L.P.
704 3rd Street NE
Belfield, ND  59622

*Certified Mail/Return Receipt*
*Requested and Regular Mail*
Plains Marketing, L.P.
333 Clay Street, Suite 1600
Houston, TX  77002

*Certified Mail/Return Receipt*
*Requested and Regular Mail*
Plains Marketing, L.P.
c/o Corporation Service Company d/b/a
CSC-Lawyers Incorporating Service
Company, Registered Agent
211 E. 7th Street, Suite 620
Austin, TX  78701-3218

Re:   Claim of Kelley Brothers Contractors, Inc., a Mississippi corporation,
for materials furnished to Sklar Exploration Company, LLC, a
Louisiana limited liability company, for the following wells in the
Southwest Brooklyn Oil Unit, which unit is located in Conecuh County,
Alabama:

- Cedar Creek Land & Timber 32-9 #1 WI
- Cedar Creek Land & Timber 32-11 #1 WS

505296v.1 K334/00001 (Kelley Brothers/Sklar -- Southwest Brooklyn Oil Unit Wells, Conecuh County, AL)

May 28, 2020
Page 2

- Cedar Creek Land & Timber 33-6 #1
- Cedar Creek Land &Timber 33-10 #1
- Cedar Creek Land & Timber 33-12 #1
- Graddy 34-8 #1
- Graddy 34-10 #1
- Cedar Creek Land &Timber 34-14 #1 WI
- Cedar Creek Land & Timber 35-5 #1
- Cedar Creek Land & Timber 35-11 #1
- Cedar Creek Land & Timber 35-15 #1
- Cedar Creek Land & Timber 2-2 #1
- Cedar Creek Land & Timber 2-4 #1 WI
- Cedar Creek Land & Timber 2-11 #1
- Cedar Creek Land & Timber 3-2 #1 WI
- Cedar Creek Land & Timber 3-4 #1
- Cedar Creek Land & Timber 4-2 #1

Ladies and Gentlemen:

Our Firm represents Kelley Brothers Contractors, Inc., a Mississippi corporation, ("Kelley Brothers"). Kelley Brothers has recently perfected a lien claim (the "Lien") against the referenced wells and the corresponding leasehold estate (the "Leasehold Estate") to secure the payment of the referenced claim of Kelley Brothers. The Leasehold Estate is further described in the Verified Statement of Lien (the "Lien Statement") which has been filed for record in the office of the Judge of Probate of Conecuh County, Alabama. A copy of the Lien Statement (without exhibits) is attached to this letter.[1]

It is our understanding that you[2] may be the first purchaser of a portion of the production under the Leasehold Estate encumbered by the Lien.

As you may be aware, the lien under the Alabama Oil and Gas Lien Act extends not only to the leasehold estate for which the claimant's services and/or materials were furnished, but also to the production from that leasehold estate. As such, we instruct you to suspend all payment for production sold to you by Sklar Exploration Company, LLC, the operator of the Leasehold Estate, with respect to production from this Leasehold Estate, until the referenced claim is satisfied, or you are otherwise advised by Kelley Brothers that the Lien has been released.

---

1 Contact me if you would like to have a copy of the exhibits to the Claim of Lien forwarded to you.

2 References to "you", "your", and similar pronouns are intended to be references to the addressees of this letter.

505296v.1 K334/00001 (Kelley Brothers/Sklar – Southwest Brooklyn Oil Unit Wells, Conecuh County, AL)

May 28, 2020
Page 3

Contact me if you have any questions or comments regarding the foregoing matter.

Very truly yours,

*/S/ William R. Sudela*

William R. Sudela

Enclosure

cc:   **Via Email:  kelleybros@kelleycompanies.com**
Jerry Kelley, President
Kelley Brothers Contractors, Inc.
(w/ Attachments)

**Certified Mail - Return Receipt
Requested and Regular Mail**
Sklar Exploration Company, LLC
401 Edwards St., Suite 1601
Shreveport, LA  71101

**Certified Mail - Return Receipt
Requested and Regular Mail**
Sklar Exploration Company, LLC
c/o C T Corporation System
Registered Agent
3867 Plaza Tower Dr.
Baton Rouge, LA  70816

## VERIFIED STATEMENT OF LIEN

| | |
|---|---|
| STATE OF ALABAMA | § |
| | § |
| COUNTY OF CONECUH | § |

KELLEY BROTHERS CONTRACTORS, INC., a Mississippi corporation, ("Claimant") files this statement in writing, verified by the oath of JERRY KELLEY, President of Kelley Brothers Contractors, Inc., who has personal knowledge of the facts herein set forth below:

That Claimant claims a lien (the "Lien") upon the "Property" (herein defined), to the extent of the interest therein, legal and/or equitable, fee and/or leasehold, of the "Working Interest Owners" (herein defined), to the extent provided herein.

The Property includes:

the land (the "Land") situated in Conecuh County, State of Alabama, further described in the attached **Exhibits "A"**, **"B", and "C"**, including all improvements and appurtenances thereto;

all mineral leasehold estates with respect to minerals located in, on, or under the Land (the "Leasehold Estates"), including the leases (the "Leases") associated with the "Wells" (herein defined), including all field wide units in which the Wells are located, and such production unit in which any one or more of the Wells is located, including all improvements and appurtenances to the Land, and/or the Wells, and including the right to the use of the surface of the Land, and the right to extract minerals located in, on, or under the Land;

all easements to and/or from the Land (the "Easements"), including, but not necessarily limited to, those easements described in, and/or referred to in the instruments listed in, the attached **Exhibit "A"**, and/or described and/or referred to in the attached **Exhibit "B"**;

all licenses and permits pertaining to the Land and/or the Wells, including, but not necessarily limited to, those permits and/or licenses described in, and/or referred to in the instruments listed in, the attached **Exhibits "A"**, **"B", and "C"**;

*Verified Statement of Lien*
*(Kelley/Sklar-Southwest Brooklyn Oil Unit, Conecuh County, AL)*
505293v.1 K334/00001                                    1

all wells (the "Wells", whether one or more) used in connection with operations conducted in, on, under, or about the Land, including the overall operation of the Wells, such Wells including, but not necessarily limited to: those wells identified in, and/or referred to in the instruments listed in, the attached **Exhibits "A", "B", and "C"**;

all other property and/or property rights pertaining to the use and/or operation of the Land and/or the Wells, including, but not necessarily limited to, those properties and/or property rights described in, and/or referred to in the instruments listed in, the attached **Exhibits "A", "B", and "C"**; and,

such additional property as provided by the laws of the State of Alabama, including, but not necessarily limited to, Alabama Code §35-11-210, et seq.

This Lien is claimed, separately, severally, and jointly, as to the Land, the Leasehold Estates, the Wells, the buildings and improvements in, on, under, or about the Land, the Leasehold Estates, and/or the Wells, and all rights and appurtenances pertaining to any or all of the foregoing.

That said Lien is claimed to secure an indebtedness of **Twenty-Six Thousand Seven Hundred Ninety Six and 00/100 Dollars ($26,796.00)** with interest as may be allowed under the laws of the State of Alabama from the respective dates of the furnishing of the services, material and/or equipment (collectively, the "Work") giving rise to the Lien claimed herein, which Work and the dates of furnishing are further described in the attached **Exhibit "B".**

The first of the Work was provided on **October 27, 2019**. The last of the Work was provided on **February 16, 2020**. (See, also, the attached **Exhibit "B".**)

The Working Interest Owners, who are the owners or proprietors of said Property, and their respective addresses, are:

Sklarco, LLC
401 Edwards St.,
Suite 1601
Shreveport, LA  71101

*Verified Statement of Lien*
*(Kelley/Sklar-Southwest Brooklyn Oil Unit, Conecuh County, AL)*
505293v.1 K334/00001                     2

Sklarco, LLC
c/o C T Corporation
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

Hughes Oil Inc.
Mirror Lake Office Plaza
2829 Lakeland Dr., Suite 1670
Flowood, MS  39232

The Rudman Partnership, Ltd.
c/o W. R. Sibley III, Registered Agent
1700 Pacific Avenue, Suite 4700
Dallas, TX  75204

Hanson Operating Company, Inc.
P.O. Box 1515
Roswell, NM  88202-1515

Hanson Operating Company, Inc.
c/o Ray Willis, Registered Agent
400 N. Pennsylvania, Suite 1200
Roswell, NM  88201

Craft Exploration Company, LLC
PO Box 2430
Madison, MS  39130

Craft Exploration Company, LLC
c/o Julie Den Herder, Registered Agent
125 Bradshaw Crossing
Canton, MS  39046

Craft Exploration Company, LLC
325 Lakeshire Pkwy
Canton, MS 39046

J & A Harris, LP
3141 Hood Street, Suite 520
Dallas, TX  75219

J & A Harris, LP
c/o Angela Harris
333 Texas Street, Suite 1414
Shrevepot, LA  71101-3679

JF Howell Interests, LP
Attn:  James David Morgan, Manager
416 Travis Street, Suite 700
Shreveport, LA  71101

JF Howell Interests, LP
350 N. St. Paul Street, Suite 2900
Dallas, TX  75201

JF Howell Interests, LP
c/o J. Benjamin Warren, Jr.
Registered Agent
401 Edwards St., Suite 2010
Shreveport, LA  71101

JJS Interests North Beach, LLC
4295 San Felipe, Suite 207
Houston, TX  77027

JJS Working Interests LLC
c/o Justin Simons, Registered Agent
2001 Kirby Dr., Suite 1110
Houston, TX  77019

Tauber Exploration & Production Co.
c/o Richard E. Tauber,
Registered Agent
55 Waugh Drive, Suite 600
Houston, TX  77007

Kudzu Oil Properties, LLC
c/o Wirt A. Yerger, III, Registered Agent
300 Concourse Blvd., Suite 101
Ridgeland, MS  39157

KMR Investments LLC
P.O. Box 417
Homer, LA  71040

KMR Investments LLC
c/o James Michael Hays
Registered Agent
209 Sam Baird Rd.
Homer, LA  71040

Hughes 2000 CT LLC
Mirror Lake Office Plaza
2829 Lakeland Dr., Suite 1670
Flowood, MS  39232

Hughes 2000 CT LLC
c/o Stanley Lee Kyner
Registered Agent
304 Thorngate Drive
Brandon, MS  39042

McCombs Energy, Ltd.
5599 San Felipe, Suite 1200
Houston, TX  77056

McCombs Energy, Ltd.
c/o Gary V. Woods
Registered Agent
755 East Mulberry, Suite 600
San Antonio, TX  78212

Marksco, L.L.C.
c/o Mark Sealy, Registered Agent
333 Texas Street, Suite 1050
Shreveport, LA  71101

Franks Exploration Co., LLC
c/o Faith N. Gilbert
Registered Agent
1312 N. Hearne Ave.
Shreveport, LA  71107-6516

Tiembo Ltd.
Attn:  Mark Rauch
PO Box 270415
Houston, TX  77277-0415

Tiembo Ltd.
c/o Gary S. Glesby, Registered Agent
3040 Post Oak Blvd., 13th Fl.
Houston, TX  77056

Pickens Financial Group, LLC
8499 Greenville Avenue, Suite 105
Dallas, TX  75231-2417

Pickens Financial Group, LLC
c/o Pickens Energy Corporation
Registered Agent
10100 N. Central Expressway
Suite 200
Dallas, TX  75231-4159

Bundero Investment Company, L.L.C.
c/o Malcolm S. Murchison
Registered Agent
401 Edwards Street, Suite 820
Shreveport, LA  71101

Fant Energy Limited
5800 Westview Drive
Houston, TX  77055

Fant Energy Limited
PO Box 55205
Houston, TX  77255

Fant Energy Limited
1322 N. Post Oak Rd.
Houston, TX  77055

505293v.1 K334/00001 (Kelley Brothers/Sklar – Southwest Brooklyn Oil Unit, Conecuh County, AL)

Fant Energy Limited
c/o Capitol Corporate Services, Inc.
206 E. 9th St., Suite 1300
Austin, TX  78701

Fletcher Exploration, LLC
P.O. Box 2147
Fairhope, AL 36533

Dickson Oil & Gas, LLC
307 Deborah Drive
Shreveport, LA  71106

Dickson Oil & Gas, LLC
PO Box 52479
Shreveport, LA  71135

Dickson Oil & Gas, LLC
c/o Michael E. Riddick
Registered Agent
333 Texas St., Suite 700
Shreveport, LA  71101

Resource Ventures, LLC
Attn:  Mark A. Arnold
7112 W. Jefferson Ave., Suite 106
Lakewood, CO  80235

Resource Ventures, LLC
Attn:  Mark A. Arnold
8369 South Park Lane, Suite B
Littleton, CO  80120

Resource Ventures LLC
c/o Steven Swanson
Registered Agent
5720 S. Benton Circle
Littleton, CO  80123

Landmark Exploration, LLC
PO Box 12004
Jackson, MS  39236

Landmark Exploration, LLC
c/o Michael E. Johnson
Registered Agent
113 Park Circle Drive
Flowood, MS  39332

DBC Resources, LP
P.O. Box 191407
Dallas, TX  75219-1407

DBC Resources, LP
4242 Lomo Alto, Apt. #30
Dallas, TX  75219

DBC Resources, LP
c/o Donald L. Clark
Registered Agent
4428 Windsor Parkway
Dallas, TX  75205

DCOD LLC
16250 Dallas North Parkway
Dallas, TX  75248

DCOD, LLC
c/o Dale Clark, Registered Agent
16390 Addison Rd.
Addison, TX  75001

FPCC USA, Inc.
445 Louisiana Ave.
Baton Rouge, LA  70802

FPCC USA, Inc.
c/o Corporation Service Company
Registered Agent
501 Louisiana Avenue
Baton Rouge, LA  70802

Claimant furnished the Work to **Sklar Exploration Company, LLC, a Louisiana limited liability company**, ("Sklar Exploration"), who was the operator of the Wells. **Sklarco, LLC, a Louisiana limited liability company**, ("Sklarco") holds a working interest in the Property.  Sklar Exploration and Sklarco are related entities.  In that regard, to the extent of Sklarco's ownership interest in the Property, Sklar Exploration was the agent of Sklarco.  As such Claimant furnished its Work on the Property, and asserts the Lien, as a direct contractor to Sklarco, and asserts the Lien both as to Sklar Exploration's ownership and operating interest in and to the Property, and as to Sklarco's ownership interest in and to the Property.

Further, to the extent Sklar Exploration was acting as the agent of any of the other Working Interest Owners, Claimant furnished its work on the Property, and asserts the Lien, as a direct contractor to such Working Interest Owners and, to that extent, asserts the Lien against the interest in the Property held by such other Working Interest Owners.

Without waiving the foregoing, to the extent Sklar Exploration was acting as a contractor to a Working Interest Owner, and not as its agent, Claimant furnished its work on the Property, and asserts the Lien, as a subcontractor to Sklar Exploration, against the interest in the Property held by such Working Interest Owner.

_____
Jerry Kelley, President of Kelley Brothers Contractors, Inc., a Mississippi corporation

505293v.1 K334/00001 (Kelley Brothers/Sklar – Southwest Brooklyn Oil Unit, Conecuh County, AL)

Before me, _____, a Notary Public in and for the State of Mississippi, personally appeared Jerry Kelley, who being duly sworn, doth depose and say:  That he has personal knowledge of the facts set forth in the foregoing Verified Statement of Lien, and that the same are true and correct to the best of his knowledge and belief.

_____

Jerry Kelley, Affiant

Subscribed and sworn to before me on this the _____ day of May, 2020, by said Affiant, Jerry Kelley.

_____

Notary Public, State of Mississippi

William R. Sudela
Crady Jewett McCulley & Houren LLP
2727 Allen Parkway
Suite 1700
Houston, TX 77019




1X 7/9
29 MAY '20
PM 1 L

FIRST-CLASS




US POSTAGE

02 7H          $ 000.50⁰
0001230211    MAY 28 2020
MAILED FROM ZIP CODE 77019

Plains Marketing, L.P.
c/o Corporation Service Company d/b/a
CSC-Lawyers Incorporating Service Company,
Registered Agent
211 E. 7th Street, Suite 620
Austin, TX 78701-3218



William R. Sudela
Crady Jewett McCulley & Houren LLP
2727 Allen Parkway, Suite 1700
Houston, TX 77019

RECEIVED

JUN 1 5 2020

LAW DEPARTMENT

Plains Marketing, L.P.
333 Clay Street, Suite 1600
Houston, TX 77002

CRADY JEWETT McCULLEY & HOUREN LLP

LAWYERS

2727 ALLEN PARKWAY

SUITE 1700

HOUSTON, TEXAS 77019-2125

----------

(713) 739-7007

E-MAIL: wsudela@cjmhlaw.com

WILLIAM R. SUDELA
PARTNER

TELEFAX
(713)-739-8403

June 12, 2020

*__Certified Mail/Return Receipt Requested and Regular Mail__*
Plains Marketing, L.P.
1600 Stout St., Suite 1200
Denver, CO 80202

*__Certified Mail/Return Receipt Requested and Regular Mail__*
Plains Marketing, L.P.
PO Box 4248
Houston, TX 77210

*__Certified Mail/Return Receipt Requested and Regular Mail__*
Plains Marketing, L.P.
704 3rd Street NE
Belfield, ND 59622

*__Certified Mail/Return Receipt Requested and Regular Mail__*
Plains Marketing, L.P.
333 Clay Street, Suite 1600
Houston, TX 77002

*__Certified Mail/Return Receipt Requested and Regular Mail__*
Plains Marketing, L.P.
c/o Corporation Service Company d/b/a
CSC-Lawyers Incorporating Service
Company, Registered Agent
211 E. 7th Street, Suite 620
Austin, TX 78701-3218

RE:    Claim of Lufkin Industries, LLC, a Texas limited liability company, for services and/or materials furnished to Sklar Exploration Company, LLC, a Louisiana limited liability company, for the following well in the Southeast Brooklyn Oil Unit, which unit is located in Conecuh County, Alabama:

- Pate 3-11 #1

Ladies and Gentlemen:

Our Firm represents Lufkin Industries, LLC, a Texas limited liability company, ("Lufkin"). Lufkin has recently perfected a lien claim (the "Lien") against the referenced well and the corresponding leasehold estate (the "Leasehold Estate") to secure the payment of the referenced claim of Lufkin. The Leasehold Estate is further described in the Verified Statement of Lien (the "Lien Statement") which has been filed for record in the office of the Judge of Probate of Conecuh County, Alabama. A copy of the Lien Statement (without exhibits) is attached to this letter.[1]

It is our understanding that you[2] may be the first purchaser of a portion of the production under the Leasehold Estate encumbered by the Lien.

The lien under the Alabama Lien Act extends not only to the leasehold estate for which the claimant's services and/or materials were furnished, but also to the production from that leasehold estate. As such, we instruct you to suspend all payment for production sold to you by Sklar Exploration Company, LLC, the operator of the Leasehold Estate, with respect to production from this Leasehold Estate, until the referenced claim is satisfied, or you are otherwise advised by Lufkin that the Lien has been released.

Contact me if you have any questions or comments regarding the foregoing matter.

Very truly yours,

/S/ William R. Sudela

William R. Sudela

Enclosure

cc:  **_Via Email: jamonia.jones@bakerhughes.com_**
Jamonia Jones
Lead Specialist – Contract Management
Baker Hughes Company
(w/attachment)

---

1 Contact me if you would like to have a copy of the exhibits to the Claim of Lien forwarded to you.

2 References to "you", "your", and similar pronouns are intended to be references to the addressees of this letter.

507210v.1 B075/00713 (Lufkin/Sklar –Southeast Brooklyn Oil Unit Wells, Conecuh County, AL)

*Certified Mail - Return Receipt*
*Requested and Regular Mail*
Sklar Exploration Company, LLC
401 Edwards St., Suite 1601
Shreveport, LA  71101

*Certified Mail - Return Receipt*
*Requested and Regular Mail*
Sklar Exploration Company, LLC
c/o C T Corporation System
Registered Agent
3867 Plaza Tower Dr.
Baton Rouge, LA  70816

# VERIFIED STATEMENT OF LIEN

STATE OF ALABAMA      §
                                 §

COUNTY OF CONECUH     §

      LUFKIN INDUSTRIES, LLC, a Texas limited liability company, ("Claimant") files this statement in writing, verified by the oath of CHRISTOPHER J. RYAN, Manager of Collections of BAKER HUGHES OILFIELD OPERATIONS LLC, a California limited liability company, authorized agent of Claimant, who has personal knowledge of the facts herein set forth below:

      That Claimant claims a lien (the "Lien") upon the "Property" (herein defined), to the extent of the interest therein, legal and/or equitable, fee and/or leasehold, of the "Working Interest Owners" (herein defined), to the extent provided herein.

      The Property includes:

      the land (the "Land") situated in Conecuh County, State of Alabama, further described in the attached **Exhibits "A", "B", and "C"**, including all improvements and appurtenances thereto;

      all mineral leasehold estates with respect to minerals located in, on, or under the Land (the "Leasehold Estates"), including the leases (the "Leases") associated with the "Wells" (herein defined), including all field wide units in which the Wells are located, and each production unit in which any one or more of the Wells is located, including all improvements and appurtenances to the Land, and/or the Wells, and including the right to the use of the surface of the Land, and the right to extract minerals located in, on, or under the Land;

      all easements to and/or from the Land (the "Easements"), including, but not necessarily limited to, those easements described in, and/or referred to in the instruments listed in, the attached **Exhibit "A",** and/or described and/or referred to in the attached **Exhibit "B"**;

      all licenses and permits pertaining to the Land and/or the Wells, including, but not necessarily limited to, those permits and/or licenses described in,

and/or referred to in the instruments listed in, the attached **Exhibits "A", "B", and "C"**;

all wells (the "Wells", whether one or more) used in connection with operations conducted in, on, under, or about the Land, including the overall operation of the Wells, such Wells including, but not necessarily limited to: those wells identified in, and/or referred to in the instruments listed in, the attached **Exhibits "A", "B", and "C"**;

all other property and/or property rights pertaining to the use and/or operation of the Land and/or the Wells, including, but not necessarily limited to, those properties and/or property rights described in, and/or referred to in the instruments listed in, the attached **Exhibits "A", "B", and "C"**; and,

such additional property as provided by the laws of the State of Alabama, including, but not necessarily limited to, Alabama Code §35-11-210, et seq.

This Lien is claimed, separately, severally, and jointly, as to the Land, the Leasehold Estates, the Wells, the buildings and improvements in, on, under, or about the Land, the Leasehold Estates, and/or the Wells, and all rights and appurtenances pertaining to any or all of the foregoing.

That said Lien is claimed to secure an indebtedness of **Three Thousand Seven Hundred Twenty-Seven and 86/100 Dollars ($3,727.86)** with interest as may be allowed under the laws of the State of Alabama from the respective dates of the furnishing of the services, material and/or equipment (collectively, the "Work") giving rise to the Lien claimed herein, which Work and the dates of furnishing are further described in the attached **Exhibit "B"**.

The first of the Work was provided on **March 2, 2020**. The last of the Work was provided on **March 3, 2020**. (See, also, the attached **Exhibit "B"**.)

The Working Interest Owners, who are the owners or proprietors of said Property, and their respective addresses, are:

Sklarco, LLC
401 Edwards St.,
Suite 1601
Shreveport, LA 71101

Sklarco, LLC
c/o C T Corporation
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

Hughes Oil Inc.
Mirror Lake Office Plaza
2829 Lakeland Dr., Suite 1670
Flowood, MS 39232

Tauber Exploration & Production Co.
c/o Richard E. Tauber,
Registered Agent
55 Waugh Drive, Suite 600
Houston, TX 77007

Pruet Production Company
c/o William R. James
Registered Agent
217 West Capital Street, Suite 201
Jackson, MS 39201

Bundero Investment Company, LLC
333 Texas Street, Suite 300
Shreveport, LA 71101

Bundero Investment Company, L.L.C.
c/o Malcolm S. Murchison
Registered Agent
401 Edwards Street, Suite 820
Shreveport, LA 71101

Fant Energy Limited
PO Box 55205
Houston, TX 77255

Fant Energy Limited
1322 N. Post Oak Rd.
Houston, TX 77055

Fant Energy Limited
c/o Capitol Corporate Services, Inc.
206 E. 9th St., Suite 1300
Austin, TX 78701

The Rudman Partnership, Ltd.
c/o W. R. Sibley III, Registered Agent
1700 Pacific Avenue, Suite 4700
Dallas, TX 75204

Hanson Operating Company, Inc.
P.O. Box 1515
Roswell, NM 88202-1515

Hanson Operating Company, Inc.
c/o Ray Willis, Registered Agent
400 N. Pennsylvania, Suite 1200
Roswell, NM 88201

Craft Exploration Company, LLC
325 Lakeshire Pkwy.
Canton, MS 39046

Craft Exploration Company, LLC
PO Box 2430
Madison, MS 39130

Craft Exploration Company, LLC
c/o Julie Den Herder, Registered Agent
125 Bradshaw Crossing
Canton, MS 39046

J & A Harris, LP
3141 Hood Street, Suite 520
Dallas, TX 75219

J & A Harris, LP
c/o Angela Harris
333 Texas Street, Suite 1414
Shreveport, LA 71101-3679

JF Howell Interests, LP
Attn: James David Morgan, Manager
416 Travis Street, Suite 700
Shreveport, LA 71101

JF Howell Interests, LP
350 N. St. Paul Street, Suite 2900
Dallas, TX 75201

JF Howell Interests, LP
c/o J. Benjamin Warren, Jr.
Registered Agent
401 Edwards St., Suite 2010
Shreveport, LA 71101

JJS Interests North Beach, LLC
4295 San Felipe, Suite 207
Houston, TX 77027

JJS Working Interests LLC
c/o Justin Simons, Registered Agent
2001 Kirby Dr., Suite 1110
Houston, TX 77019

Fletcher Exploration, LLC
P.O. Box 2147
Fairhope, AL 36533

Fletcher Exploration, LLC
c/o Ricky Fletcher
Registered Agent
25 Spring Run Drive
Fairhope, AL 36532

FPCC USA, Inc.
445 Louisiana Ave.
Baton Rouge, LA 70802

FPCC USA, Inc.
c/o Corporation Service Company
Registered Agent
501 Louisiana Avenue
Baton Rouge, LA 70802

KMR Investments LLC
P.O. Box 417
Homer, LA 71040

KMR Investments LLC
c/o James Michael Hays
Registered Agent
209 Sam Baird Rd.
Homer, LA 71040

Hughes 2000 CT LLC
Mirror Lake Office Plaza
2829 Lakeland Dr., Suite 1670
Flowood, MS 39232

Hughes 2000 CT LLC
c/o Stanley Lee Kyner
Registered Agent
304 Thorngate Drive
Brandon, MS 39042

McCombs Energy, Ltd.
5599 San Felipe, Suite 1200
Houston, TX 77056

McCombs Energy, Ltd.
c/o Gary V. Woods
Registered Agent
755 East Mulberry, Suite 600
San Antonio, TX 78212

Marksco, L.L.C.
c/o Mark Sealy, Registered Agent
333 Texas Street, Suite 1050
Shreveport, LA 71101

Franks Exploration Co., LLC
c/o Faith N. Gilbert
Registered Agent
1312 N. Hearne Ave.
Shreveport, LA 71107-6516

Tiembo Ltd.
Attn: Mark Rauch
PO Box 270415
Houston, TX 77277-0415

Tiembo Ltd.
c/o Gary S. Glesby, Registered Agent
3040 Post Oak Blvd., 13th Fl.
Houston, TX 77056

Pickens Financial Group, LLC
8499 Greenville Avenue, Suite 105
Dallas, TX 75231-2417

Pickens Financial Group, LLC
c/o Pickens Energy Corporation
Registered Agent
10100 N. Central Expressway
Suite 200
Dallas, TX 75231-4159

Dickson Oil & Gas, LLC
307 Deborah Drive
Shreveport, LA 71106

Dickson Oil & Gas, LLC
PO Box 52479
Shreveport, LA 71135

Dickson Oil & Gas, LLC
c/o Michael E. Riddick
Registered Agent
333 Texas St., Suite 700
Shreveport, LA 71101

Resource Ventures, LLC
Attn: Mark A. Arnold
7112 W. Jefferson Ave., Suite 106
Lakewood, CO 80235

Resource Ventures, LLC
Attn: Mark A. Arnold
8369 South Park Lane, Suite B
Littleton, CO 80120

Resource Ventures LLC
c/o Steven Swanson
Registered Agent
5720 S. Benton Circle
Littleton, CO 80123

Landmark Exploration, LLC
PO Box 12004
Jackson, MS 39236

Landmark Exploration, LLC
c/o Michael E. Johnson
Registered Agent
113 Park Circle Drive
Flowood, MS 39332

DBC Resources, LP
P.O. Box 191407
Dallas, TX 75219-1407

DBC Resources, LP
4242 Lomo Alto, Apt. #30
Dallas, TX 75219

DBC Resources, LP
c/o Donald L. Clark
Registered Agent
4428 Windsor Parkway
Dallas, TX 75205

DCOD LLC
16250 Dallas North Parkway
Dallas, TX 75248

DCOD, LLC
c/o Dale Clark, Registered Agent
16390 Addison Rd.
Addison, TX 75001

Claimant furnished the Work to **Sklar Exploration Company, LLC, a Louisiana limited liability company**, ("Sklar Exploration"), who was the operator of the Wells. **Sklarco, LLC, a Louisiana limited liability company**, ("Sklarco") holds a working interest in the Property. Sklar Exploration and Sklarco are related entities. In that regard, to the extent of Sklarco's ownership interest in the Property, Sklar Exploration was the agent of Sklarco. As such Claimant furnished its Work on the Property, and asserts the Lien, as a direct contractor to Sklarco, and asserts the Lien both as to Sklar Exploration's ownership and operating interest in and to the Property, and as to Sklarco's ownership interest in and to the Property.

Further, to the extent Sklar Exploration was acting as the agent of any of the other Working Interest Owners, Claimant furnished its work on the Property, and asserts the Lien, as a direct contractor to such Working Interest Owners and, to that extent, asserts the Lien against the interest in the Property held by such other Working Interest Owners.

Without waiving the foregoing, to the extent Sklar Exploration was acting as a contractor to a Working Interest Owner, and not as its agent, Claimant furnished its work on the Property, and asserts the Lien, as a subcontractor to Sklar Exploration, against the interest in the Property held by such Working Interest Owner.

_____

Christopher J. Ryan, Manager of Collections of Baker Hughes Oilfield Operations LLC, a California limited liability company, Authorized Agent of Lufkin Industries, LLC, a Texas limited liability company

Before me, _____, a Notary Public in and for the State of Texas, personally appeared Christopher J. Ryan, who being duly sworn, doth depose and say: that he has personal knowledge of the facts set forth in the foregoing Verified Statement of Lien, and that the same are true and correct to the best of his knowledge and belief.


_____
Christopher J. Ryan, Affiant

Subscribed and sworn to before me on this the _____ day of _____, 2020, by said Affiant, Christopher J. Ryan.


_____
Notary Public, State of Texas

## CRADY JEWETT McCULLEY & HOUREN LLP

LAWYERS

2727 ALLEN PARKWAY

SUITE 1700

HOUSTON, TEXAS 77019-2125

----------

(713) 739-7007

E-MAIL: wsudela@cjmhlaw.com

WILLIAM R. SUDELA
PARTNER

TELEFAX
(713)-739-8403

June 4, 2020

**Certified Mail/Return Receipt**
**Requested and Regular Mail**
Plains Marketing, L.P.
1600 Stout St., Suite 1200
Denver, CO  80202

**Certified Mail/Return Receipt**
**Requested and Regular Mail**
Plains Marketing, L.P.
333 Clay Street, Suite 1600
Houston, TX  77002

**Certified Mail/Return Receipt**
**Requested and Regular Mail**
Plains Marketing, L.P.
PO Box 4248
Houston, TX  77210

**Certified Mail/Return Receipt**
**Requested and Regular Mail**
Plains Marketing, L.P.
c/o Corporation Service Company d/b/a
CSC-Lawyers Incorporating Service
Company, Registered Agent
211 E. 7th Street, Suite 620
Austin, TX  78701-3218

**Certified Mail/Return Receipt**
**Requested and Regular Mail**
Plains Marketing, L.P.
704 3rd Street NE
Belfield, ND  59622

Re:   Claim of Kelley Brothers Contractors, Inc., a Mississippi corporation,
      for materials furnished to Sklar Exploration Company, LLC, a
      Louisiana limited liability company, for the following wells in the Little
      Cedar Creek Oil Unit II, which unit is located in Conecuh County,
      Alabama:

505387v.1 K334/00001 (Kelley Brothers/Sklar – Little Cedar Creek Oil Unit II, Conecuh County, AL)

June 4, 2020
Page 2

- Craft-Ralls 5-8 #1 WI
- Craft-Ralls 5-10 #1
- Craft-Ralls 5-14 #1
- Craft-Mack 7-2 #1
- Craft-Mack 7-8 #1
- Craft-Mack 8-2 #1
- Craft-Brye 8-4 #1 GI
- Craft-Ralls 8-12 #1

Ladies and Gentlemen:

Our Firm represents Kelley Brothers Contractors, Inc., a Mississippi corporation, ("Kelley Brothers"). Kelley Brothers has recently perfected a lien claim (the "Lien") against the referenced wells and the corresponding leasehold estate (the "Leasehold Estate") to secure the payment of the referenced claim of Kelley Brothers. The Leasehold Estate is further described in the Verified Statement of Lien (the "Lien Statement") which has been filed for record in the office of the Judge of Probate of Conecuh County, Alabama. A copy of the Lien Statement (without exhibits) is attached to this letter.[1]

It is our understanding that you[2] may be the first purchaser of a portion of the production under the Leasehold Estate encumbered by the Lien.

As you may be aware, the lien under the Alabama Oil and Gas Lien Act extends not only to the leasehold estate for which the claimant's services and/or materials were furnished, but also to the production from that leasehold estate. As such, we instruct you to suspend all payment for production sold to you by Sklar Exploration Company, LLC, the operator of the Leasehold Estate, with respect to production from this Leasehold Estate, until the referenced claim is satisfied, or you are otherwise advised by Kelley Brothers that the Lien has been released.

Contact me if you have any questions or comments regarding the foregoing matter.

---

[1] Contact me if you would like to have a copy of the exhibits to the Claim of Lien forwarded to you.

[2] References to "you", "your", and similar pronouns are intended to be references to the addressees of this letter.

505387v.1 K334/00001 (Kelley Brothers/Sklar – Little Cedar Creek Oil Unit II, Conecuh County, AL)

June 4, 2020
Page 3

Very truly yours,

*/S/ William R. Sudela*

William R. Sudela

Enclosure

cc:   **_Via Email:  kelleybros@kelleycompanies.com_**
Jerry Kelley, President
Kelley Brothers Contractors, Inc.
(w/ Attachments)

**_Certified Mail - Return Receipt_**
**_Requested and Regular Mail___**
Sklar Exploration Company, LLC
401 Edwards St., Suite 1601
Shreveport, LA  71101

**_Certified Mail - Return Receipt_**
**_Requested and Regular Mail___**
Sklar Exploration Company, LLC
c/o C T Corporation System
Registered Agent
3867 Plaza Tower Dr.
Baton Rouge, LA  70816

505387v.1 K334/00001 (Kelley Brothers/Sklar – Little Cedar Creek Oil Unit II, Conecuh County, AL)

## VERIFIED STATEMENT OF LIEN

STATE OF ALABAMA     §
           §
COUNTY OF CONECUH    §

  KELLEY BROTHERS CONTRACTORS, INC., a Mississippi corporation, ("Claimant") files this statement in writing, verified by the oath of JERRY KELLEY, President of Kelley Brothers Contractors, Inc., who has personal knowledge of the facts herein set forth below:

  That Claimant claims a lien (the "Lien") upon the "Property" (herein defined), to the extent of the interest therein, legal and/or equitable, fee and/or leasehold, of the "Working Interest Owners" (herein defined), to the extent provided herein.

  The Property includes:

  the land (the "Land") situated in Conecuh County, State of Alabama, further described in the attached **Exhibits "A", "B", and "C"**, including all improvements and appurtenances thereto;

  all mineral leasehold estates with respect to minerals located in, on, or under the Land (the "Leasehold Estates"), including the leases (the "Leases") associated with the "Wells" (herein defined), including all field wide units in which the Wells are located, and each production unit in which any one or more of the Wells is located, including all improvements and appurtenances to the Land, and/or the Wells, and including the right to the use of the surface of the Land, and the right to extract minerals located in, on, or under the Land;

  all easements to and/or from the Land (the "Easements"), including, but not necessarily limited to, those easements described in, and/or referred to in the instruments listed in, the attached **Exhibit "A",** and/or described and/or referred to in the attached **Exhibit "B"**;

  all licenses and permits pertaining to the Land and/or the Wells, including, but not necessarily limited to, those permits and/or licenses described in, and/or referred to in the instruments listed in, the attached **Exhibits "A", "B", and "C"**;

all wells (the "Wells", whether one or more) used in connection with operations conducted in, on, under, or about the Land, including the overall operation of the Wells, such Wells including, but not necessarily limited to: those wells identified in, and/or referred to in the instruments listed in, the attached **Exhibits "A", "B", and "C"**;

all other property and/or property rights pertaining to the use and/or operation of the Land and/or the Wells, including, but not necessarily limited to, those properties and/or property rights described in, and/or referred to in the instruments listed in, the attached **Exhibits "A", "B", and "C"**; and,

such additional property as provided by the laws of the State of Alabama, including, but not necessarily limited to, Alabama Code §35-11-210, et seq.

This Lien is claimed, separately, severally, and jointly, as to the Land, the Leasehold Estates, the Wells, the buildings and improvements in, on, under, or about the Land, the Leasehold Estates, and/or the Wells, and all rights and appurtenances pertaining to any or all of the foregoing.

That said Lien is claimed to secure an indebtedness of **Thirty-Five Thousand Four Hundred Forty-Five and 98/100 Dollars ($35,445.98)** with interest as may be allowed under the laws of the State of Alabama from the respective dates of the furnishing of the services, material and/or equipment (collectively, the "Work") giving rise to the Lien claimed herein, which Work and the dates of furnishing are further described in the attached **Exhibit "B".**

The first of the Work was provided on **October 23, 2019**. The last of the Work was provided on **March 9, 2020**. (See, also, the attached **Exhibit "B".**)

The Working Interest Owners, who are the owners or proprietors of said Property, and their respective addresses, are:

Sklarco, LLC
401 Edwards St.,
Suite 1601
Shreveport, LA  71101

Sklarco, LLC
c/o C T Corporation
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

*Verified Statement of Lien*
*(Kelley/Sklar-Little Cedar Creek Oil Unit II, Conecuh County, AL)*
505367v.1 K334/00001                                        2

Coastal Exploration, Inc.
c/o Julius M. Ridgway
Registered Agent
701 Avignon Drive, Suite 101
Ridgeland, MS  39157

Coastal Exploration, Inc.
1437 Old Square Road, Crescent Court
Suite 104
Jackson, Mississippi  39236

Waller Brothers, Inc.
137 Bridgewater Crossing
Ridgeland, MS  39157

Waller Brothers, Inc.
c/o Donald E. Waller
Registered Agent
524 E. Pascagoula St.
Jackson, MS  39201

Kudzu Oil Properties, LLC
c/o Wirt A. Yerger, III, Registered Agent
300 Concourse Blvd., Suite 101
Ridgeland, MS  39157

Bundero Investment Company, LLC
333 Texas Street, Suite 300
Shreveport, LA  71101

Bundero Investment Company, L.L.C.
c/o Malcolm S. Murchison
Registered Agent
401 Edwards Street, Suite 820
Shreveport, LA  71101

Fant Energy Limited
PO Box 55205
Houston, TX  77255

Fant Energy Limited
1322 N. Post Oak Rd.
Houston, TX  77055

Fant Energy Limited
c/o Capitol Corporate Services, Inc.
206 E. 9th St., Suite 1300
Austin, TX  78701

Ansaben Trust
505 Geneva Ave.
Boulder, CO  80302

Tenexco, Inc.
414 Clinton P., Suite 106
River Forest, IL  60305-2286

Tenexco, Inc.
c/o Richard S. Incandela
Registered Agent
17W715 Butterfield Rd., Unit C
Oakbrook Terrace, IL  60181

Craft Exploration Company, LLC
PO Box 2430
Madison, MS  39130

Craft Exploration Company, LLC
c/o Julie Den Herder, Registered Agent
125 Bradshaw Crossing
Canton, MS  39046

Fleet Howell
416 Travis St., Suite 715
Shreveport, LA  71101

505367v.1 K334/00001 (Kelley Brothers/Sklar – Little Cedar Creek Oil Unit II, Conecuh County, AL)

Carl Herrin Oil and Gas, LLC
c/o Joseph E. Varner, III
Registered Agent
190 E. Capitol Street, Suite 100 (39201)
PO Drawer 119
Jackson, MS 39205

JJS Interests North Beach, LLC
4295 San Felipe, Suite 207
Houston, TX 77027

JJS Interests North Beach, LLC
c/o Justin Simons, Registered Agent
2001 Kirby Dr., Suite 1110
Houston, TX 77019

Lucas Petroleum Group, Inc.
c/o Harry Lucas, Jr.
Registered Agent
327 Congress Ave., Suite 500
Austin, TX 78701-3656

Beazley Petroleum, LLC
c/o Hamilton Beazley
Registered Agent
411 West Saint Elmo Road, #24
Austin, Texas 78745

Vickery Exploration, LLC
137 Bridgewater Crossing
Ridgeland, MS 39157

Vickery Exploration, LLC
106 Oak Wood Drive
Raymond, MS 39154

Vickery Exploration, LLC
c/o Jimmy D. Vickery
Registered Agent
333 Summerville Drive
Madison, MS 39110

McCombs Energy, Ltd.
5599 San Felipe, Suite 1200
Houston, TX 77056-2794

McCombs Energy, Ltd.
c/o Gary V. Woods
Registered Agent
755 East Mulberry, Suite 600
San Antonio, TX 78212

Marksco, L.L.C.
c/o Mark Sealy, Registered Agent
333 Texas Street, Suite 1050
Shreveport, LA 71101

Embayment Production, LLC
PO Box 187
Jackson, MS 39205-0187

Embayment Production, LLC
c/o William B. Ridgway, Jr.
233 ½ East Capitol Street
PO Box 187
Jackson, MS 39205-0187

Tiembo Ltd.
Attn: Mark Rauch
PO Box 270415
Houston, TX 77277-0415

Tiembo Ltd.
c/o Gary S. Glesby, Registered Agent
3040 Post Oak Blvd., 13th Fl.
Houston, TX 77056

Tyler Oil and Gas, LLC
c/o Henry B. Tyler, Registered Agent
137 Bridgewater Crossing
Ridgeland, MS 39157

505367v.1 K334/00001 (Kelley Brothers/Sklar -- Little Cedar Creek Oil Unit II, Conecuh County, AL)

Brock Resources, LLC
2634 Henley Dr.
Round Rock, Texas  78681

Brock Resources, LLC
c/o James T. Cameron
Registered Agent
720 Brazos Street, Suite 700
Austin, Texas  78701

Dickson Oil and Gas, LLC
PO Box 52479
Shreveport, LA  71135

Dickson Oil and Gas, LLC
c/o Michael E. Riddick
Registered Agent
333 Texas St., Suite 700
Shreveport, LA  71101

Resource Ventures, LLC
Attn:  Mark A. Arnold
7112 W. Jefferson Ave., Suite 106
Lakewood, CO  80235

Resource Ventures, LLC
Attn:  Mark A. Arnold
8369 South Park Lane, Suite B
Littleton, CO  80120

Resource Ventures LLC
c/o Steven Swanson
Registered Agent
5720 S. Benton Circle
Littleton, CO  80123

Parous Energy, LLC
PO Box 2547
Madison, MS  39130

Parous Energy, LLC
c/o George S. Dennis
Registered Agent
1267 Gluckstadt Road
Madison, MS  39110

Conecuh Oil Company, LLC
c/o R. Scott Hines, Registered Agent
PO Box 3216
Ridgeland, MS  39158

Bobmary, L.C.
c/o Dr. Robert T. LaFargue
Registered Agent
5928 E. Ridge Drive
Shreveport, LA  71106

Quail Creek Production Co.
c/o Don W. Dahlgren
Registered Agent
13831 Quail Pointe Dr.
Oklahoma City, OK  73134

Landmark Exploration, LLC
PO Box 12004
Jackson, MS 39236

Landmark Exploration, LLC
c/o Michael E. Johnson
Registered Agent
113 Park Circle Drive
Flowood, MS  39332

Claimant furnished the Work to **Sklar Exploration Company, LLC, a Louisiana limited liability company**, ("Sklar Exploration"), who was the operator of the Wells. **Sklarco, LLC, a Louisiana limited liability company**, ("Sklarco") holds a working interest in the Property. Sklar Exploration and Sklarco are related entities. In that regard, to the extent of Sklarco's ownership interest in the Property, Sklar Exploration was the agent of Sklarco. As such Claimant furnished its Work on the Property, and asserts the Lien, as a direct contractor to Sklarco, and asserts the Lien both as to Sklar Exploration's ownership and operating interest in and to the Property, and as to Sklarco's ownership interest in and to the Property.

Further, to the extent Sklar Exploration was acting as the agent of any of the other Working Interest Owners, Claimant furnished its work on the Property, and asserts the Lien, as a direct contractor to such Working Interest Owners and, to that extent, asserts the Lien against the interest in the Property held by such other Working Interest Owners.

Without waiving the foregoing, to the extent Sklar Exploration was acting as a contractor to a Working Interest Owner, and not as its agent, Claimant furnished its work on the Property, and asserts the Lien, as a subcontractor to Sklar Exploration, against the interest in the Property held by such Working Interest Owner.

 

 

_____

Jerry Kelley, President of Kelley Brothers Contractors, Inc., a Mississippi corporation

Before me, _____, a Notary Public in and for the State of Mississippi, personally appeared Jerry Kelley, who being duly sworn, doth depose and say:  That he has personal knowledge of the facts set forth in the foregoing Verified Statement of Lien, and that the same are true and correct to the best of his knowledge and belief.

_____
Jerry Kelley, Affiant

Subscribed and sworn to before me on this the _____ day of June, 2020, by said Affiant, Jerry Kelley.

_____
Notary Public, State of Mississippi

William R. Sudela
Crady Jewett McCulley & Houren LLP
2727 Allen Parkway
Suite 1700
Houston, TX 77019



FIRST-CLASS

02 7H
0001230211        JUN 04 2020
MAILED FROM ZIP CODE 77019

$ 007.05



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

**CERTIFIED MAIL**

9414 7266 9904 2171 3377 68

RETURN RECEIPT REQUESTED

Plains Marketing, L.P.
c/o Corporation Service Company d/b/a
CSC-Lawyers Incorporating Service Company,
Registered Agent
211 E. 7th Street, Suite 620
Austin, TX 78701-3218

### CRADY JEWETT McCULLEY & HOUREN LLP

LAWYERS

2727 ALLEN PARKWAY

SUITE 1700

HOUSTON, TEXAS 77019-2125

----------

(713) 739-7007

E-MAIL: wsudela@cjmhlaw.com

WILLIAM R. SUDELA
PARTNER.

TELEFAX
(713)-739-8403

June 2, 2020

*Certified Mail/Return Receipt Requested and Regular Mail*
Plains Marketing, L.P.
1600 Stout St., Suite 1200
Denver, CO  80202

*Certified Mail/Return Receipt Requested and Regular Mail*
Plains Marketing, L.P.
PO Box 4248
Houston, TX  77210

*Certified Mail/Return Receipt Requested and Regular Mail*
Plains Marketing, L.P.
704 3rd Street NE
Belfield, ND  59622

*Certified Mail/Return Receipt Requested and Regular Mail*
Plains Marketing, L.P.
333 Clay Street, Suite 1600
Houston, TX  77002

*Certified Mail/Return Receipt Requested and Regular Mail*
Plains Marketing, L.P.
c/o Corporation Service Company d/b/a
CSC-Lawyers Incorporating Service
Company, Registered Agent
211 E. 7th Street, Suite 620
Austin, TX  78701-3218

*Certified Mail/Return Receipt Requested and Regular Mail*
The Southeast Alabama Gas District
c/o C T Corporation System
Registered Agent
2 North Jackson Street, Suite 605
Montgomery, AL  36104

Re:    Claim of Kelley Brothers Contractors, Inc., a Mississippi corporation, for materials furnished to Sklar Exploration Company, LLC, a Louisiana limited liability company, for the Little Cedar Creek Fish Pond Oil Unit in Escambia County, Alabama

505428v.1 K334/00001 (Kelley Brothers/Sklar – Little Cedar Creek Fish Pond Oil Unit, Escambia County, AL)

June 2, 2020
Page 2


Ladies and Gentlemen:

Our Firm represents Kelley Brothers Contractors, Inc., a Mississippi corporation, ("Kelley Brothers"). Kelley Brothers has recently perfected a lien claim (the "Lien") against the referenced well and the corresponding leasehold estate (the "Leasehold Estate") to secure the payment of the referenced claim of Kelley Brothers. The Leasehold Estate is further described in the Verified Statement of Lien (the "Lien Statement") which has been filed for record with the County Clerk of Escambia County, Alabama. A copy of the Lien Statement (without exhibits) is attached to this letter.[1]

It is our understanding that you[2] may be the first purchaser of a portion of the production under the Leasehold Estate encumbered by the Lien.

As you may be aware, the lien under the Alabama Oil and Gas Lien Act extends not only to the leasehold estate for which the claimant's services and/or materials were furnished, but also to the production from that leasehold estate. As such, we instruct you to suspend all payment for production sold to you by Sklar Exploration Company, LLC, the operator of the Leasehold Estate, with respect to production from this Leasehold Estate, until the referenced claim is satisfied, or you are otherwise advised by Kelley Brothers that the Lien has been released.

Contact me if you have any questions or comments regarding the foregoing matter.

Very truly yours,

*/S/ William R. Sudela*

William R. Sudela

Enclosure

cc:     ***Via Email:  kelleybros@kelleycompanies.com***
        Jerry Kelley, President
        Kelley Brothers Contractors, Inc.
        (w/ Attachments)

---

1 Contact me if you would like to have a copy of the exhibits to the Claim of Lien forwarded to you.

2 References to "you", "your", and similar pronouns are intended to be references to the addressees of this letter.

505428v.1 K334/00001 (Kelley Brothers/Sklar – Little Cedar Creek Fish Pond Oil Unit, Escambia County, AL)

June 2, 2020
Page 3

***Certified Mail - Return Receipt***
***Requested and Regular Mail***
Sklar Exploration Company, LLC
401 Edwards St., Suite 1601
Shreveport, LA  71101

***Certified Mail - Return Receipt***
***Requested and Regular Mail***
Sklar Exploration Company, LLC
c/o C T Corporation System
Registered Agent
3867 Plaza Tower Dr.
Baton Rouge, LA  70816

## VERIFIED STATEMENT OF LIEN

| | |
|---|---|
| STATE OF ALABAMA | § |
| | § |
| COUNTY OF ESCAMBIA | § |

KELLEY BROTHERS CONTRACTORS, INC., a Mississippi corporation, ("Claimant") files this statement in writing, verified by the oath of JERRY KELLEY, President of Kelley Brothers Contractors, Inc., who has personal knowledge of the facts herein set forth below:

That Claimant claims a lien (the "Lien") upon the "Property" (herein defined), to the extent of the interest therein, legal and/or equitable, fee and/or leasehold, of the "Working Interest Owners" (herein defined), to the extent provided herein.

The Property includes:

the land (the "Land") situated in Escambia County, State of Alabama, further described in the attached **Exhibits "A", "B", and "C"**, including all improvements and appurtenances thereto;

all mineral leasehold estates with respect to minerals located in, on, or under the Land (the "Leasehold Estates"), including the leases (the "Leases") associated with the "Wells" (herein defined), including all field wide units in which the Wells are located, and each production unit in which any one or more of the Wells is located, including all improvements and appurtenances to the Land, and/or the Wells, and including the right to the use of the surface of the Land, and the right to extract minerals located in, on, or under the Land;

all easements to and/or from the Land (the "Easements"), including, but not necessarily limited to, those easements described in, and/or referred to in the instruments listed in, the attached **Exhibit "A",** and/or described and/or referred to in the attached **Exhibit "B"**;

all licenses and permits pertaining to the Land and/or the Wells, including, but not necessarily limited to, those permits and/or licenses described in, and/or referred to in the instruments listed in, the attached **Exhibits "A", "B", and "C"**;

*Verified Statement of Lien*
*(Kelley/Sklar-Little Cedar Creek Fish Pond Oil Unit, Escambia County, AL)*
505391v.1 K334/00001                                      1

all wells (the "Wells", whether one or more) used in connection with operations conducted in, on, under, or about the Land, including the overall operation of the Wells, such Wells including, but not necessarily limited to: those wells identified in, and/or referred to in the instruments listed in, the attached **Exhibits "A", "B", and "C"**;

all other property and/or property rights pertaining to the use and/or operation of the Land and/or the Wells, including, but not necessarily limited to, those properties and/or property rights described in, and/or referred to in the instruments listed in, the attached **Exhibits "A", "B", and "C"**; and,

such additional property as provided by the laws of the State of Alabama, including, but not necessarily limited to, Alabama Code §35-11-210, et seq.

This Lien is claimed, separately, severally, and jointly, as to the Land, the Leasehold Estates, the Wells, the buildings and improvements in, on, under, or about the Land, the Leasehold Estates, and/or the Wells, and all rights and appurtenances pertaining to any or all of the foregoing.

That said Lien is claimed to secure an indebtedness of **Nineteen Thousand Nine Hundred and 17/100 Dollars ($19,900.17)** with interest as may be allowed under the laws of the State of Alabama from the respective dates of the furnishing of the services, material and/or equipment (collectively, the "Work") giving rise to the Lien claimed herein, which Work and the dates of furnishing are further described in the attached **Exhibit "B"**.

The first of the Work was provided on **October 25, 2019**. The last of the Work was provided on **February 27, 2020**. (See, also, the attached **Exhibit "B"**.)

The Working Interest Owners, who are the owners or proprietors of said Property, and their respective addresses, are:

Sklarco, LLC
401 Edwards St.,
Suite 1601
Shreveport, LA  71101

Sklarco, LLC
c/o C T Corporation
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

*Verified Statement of Lien*
*(Kelley/Sklar-Little Cedar Creek Fish Pond Oil Unit, Escambia County, AL)*
505391v.1 K334/00001                    2

Resource Ventures, LLC
Attn:  Mark A. Arnold
7112 W. Jefferson Ave., Suite 106
Lakewood, CO  80235

Resource Ventures, LLC
Attn:  Mark A. Arnold
8369 South Park Lane, Suite B
Littleton, CO  80120

Resource Ventures LLC
c/o Steven Swanson
Registered Agent
5720 S. Benton Circle
Littleton, CO  80123

Landmark Exploration, LLC
PO Box 12004
Jackson, MS  39236

Landmark Exploration, LLC
c/o Michael E. Johnson
Registered Agent
113 Park Circle Drive
Flowood, MS  39332

Marksco, L.L.C.
c/o Mark Sealy, Registered Agent
333 Texas Street, Suite 1050
Shreveport, LA  71101

Tauber Exploration & Production Co.
c/o Richard E. Tauber,
Registered Agent
55 Waugh Drive, Suite 600
Houston, TX  77007

JJS Interests North Beach, LLC
4295 San Felipe, Suite 207
Houston, TX  77027

JJS Interests North Beach, LLC
c/o Justin Simons, Registered Agent
2001 Kirby Dr., Suite 1110
Houston, TX  77019

JF Howell Interests, LP
Attn:  James David Morgan, Manager
416 Travis Street, Suite 700
Shreveport, LA  71101

JF Howell Interests, LP
350 N. St. Paul Street, Suite 2900
Dallas, TX  75201

JF Howell Interests, LP
c/o J. Benjamin Warren, Jr.
Registered Agent
401 Edwards St., Suite 2010
Shreveport, LA  71101

Dickson Oil and Gas, LLC
PO Box 52479
Shreveport, LA  71135

Dickson Oil and Gas, LLC
c/o Michael E. Riddick
Registered Agent
333 Texas St., Suite 700
Shreveport, LA  71101

Tiembo Ltd.
Attn:  Mark Rauch
PO Box 270415
Houston, TX  77277-0415

Tiembo Ltd.
c/o Gary S. Glesby, Registered Agent
3040 Post Oak Blvd., 13th Fl.
Houston, TX  77056

505391v.1 K334/00001 (Kelley Brothers/Sklar – Little Cedar Creek Fish Pond Oil Unit, Escambia County, AL)

Pickens Financial Group, LLC
8499 Greenville Avenue, Suite 105
Dallas, TX  75231-2417

Pickens Financial Group, LLC
c/o Pickens Energy Corporation
Registered Agent
10100 N. Central Expressway
Suite 200
Dallas, TX  75231-4159

Bundero Investment Company, LLC
333 Texas Street, Suite 300
Shreveport, LA  71101

Bundero Investment Company, L.L.C.
c/o Malcolm S. Murchison
Registered Agent
401 Edwards Street, Suite 820
Shreveport, LA  71101

Craft Exploration Company, LLC
Attn:  Steven H. Craft
PO Box 2430
Madison, MS  39130

Craft Exploration Company, LLC
c/o Julie Den Herder, Registered Agent
125 Bradshaw Crossing
Canton, MS  39046

Fant Energy Limited
PO Box 55205
Houston, TX  77255

Fant Energy Limited
1322 N. Post Oak Rd.
Houston, TX  77055

Fant Energy Limited
c/o Capitol Corporate Services, Inc.
206 E. 9th St., Suite 1300
Austin, TX  78701

Kudzu Oil Properties, LLC
c/o Wirt A. Yerger, III, Registered Agent
300 Concourse Blvd., Suite 101
Ridgeland, MS  39157

The Rudman Partnership, Ltd.
c/o W. R. Sibley III, Registered Agent
1700 Pacific Avenue, Suite 4700
Dallas, TX  75204

McCombs Energy, Ltd.
5599 San Felipe, Suite 1200
Houston, TX  77056-2794

McCombs Energy, Ltd.
c/o Gary V. Woods
Registered Agent
755 East Mulberry, Suite 600
San Antonio, TX  78212

MKPG-S Trust
c/o Michael K. Pickens
6465 South Yale Avenue, Suite 420
Tulsa, OK  74136

Claimant furnished the Work to **Sklar Exploration Company, LLC, a Louisiana limited liability company**, ("Sklar Exploration"), who was the operator of the Wells. **Sklarco, LLC, a Louisiana limited liability company**, ("Sklarco") holds a working interest in the Property.  Sklar Exploration and Sklarco are related entities.  In that regard, to the extent of Sklarco's ownership interest in the Property, Sklar Exploration was the agent of Sklarco.  As such Claimant furnished its Work on the Property, and asserts the Lien, as a direct contractor to Sklarco, and asserts the Lien both as to Sklar Exploration's ownership and operating interest in and to the Property, and as to Sklarco's ownership interest in and to the Property.

Further, to the extent Sklar Exploration was acting as the agent of any of the other Working Interest Owners, Claimant furnished its work on the Property, and asserts the Lien, as a direct contractor to such Working Interest Owners and, to that extent, asserts the Lien against the interest in the Property held by such other Working Interest Owners.

Without waiving the foregoing, to the extent Sklar Exploration was acting as a contractor to a Working Interest Owner, and not as its agent, Claimant furnished its work on the Property, and asserts the Lien, as a subcontractor to Sklar Exploration, against the interest in the Property held by such Working Interest Owner.

_____

Jerry Kelley, President of Kelley Brothers Contractors, Inc., a Mississippi corporation

505391v.1 K334/00001 (Kelley Brothers/Sklar – Little Cedar Creek Fish Pond Oil Unit, Escambia County, AL)

Before me, _____, a Notary Public in and for the State of Mississippi, personally appeared Jerry Kelley, who being duly sworn, doth depose and say:  That he has personal knowledge of the facts set forth in the foregoing Verified Statement of Lien, and that the same are true and correct to the best of his knowledge and belief.


_____
Jerry Kelley, Affiant

Subscribed and sworn to before me on this the _____ day of June, 2020, by said Affiant, Jerry Kelley.


_____
Notary Public, State of Mississippi

**CRADY JEWETT McCULLEY & HOUREN LLF**

LAWYERS

2727 ALLEN PARKWAY

SUITE 1700

HOUSTON, TEXAS 77019-2125



CERTIFIED MAIL

FIRST-CLASS

RETURN RECEIPT REQUESTED

02 7H          $ 007.05⁰
0001230211      JUN 02 2020
MAILED FROM ZIP CODE 77019

Plains Marketing, L.P.
c/o Corporation Service Company d/b/a
CSC-Lawyers Incorporating Service Company,
Registered Agent
211 E. 7th Street, Suite 620
Austin, TX 78701-3218

CRADY JEWETT McCULLEY & HOUREN LLP

LAWYERS

2727 ALLEN PARKWAY

SUITE 1700

HOUSTON, TEXAS 77019-2125

----------

(713) 739-7007

E-MAIL: wsudela@cjmhlaw.com

WILLIAM R. SUDELA
PARTNER

TELEFAX
(713)-739-8403

May 28, 2020

*Certified Mail/Return Receipt Requested and Regular Mail*
Plains Marketing, L.P.
1600 Stout St., Suite 1200
Denver, CO  80202

*Certified Mail/Return Receipt Requested and Regular Mail*
Plains Marketing, L.P.
PO Box 4248
Houston, TX  77210

*Certified Mail/Return Receipt Requested and Regular Mail*
Plains Marketing, L.P.
704 3rd Street NE
Belfield, ND  59622

*Certified Mail/Return Receipt Requested and Regular Mail*
Plains Marketing, L.P.
333 Clay Street, Suite 1600
Houston, TX  77002

*Certified Mail/Return Receipt Requested and Regular Mail*
Plains Marketing, L.P.
c/o Corporation Service Company d/b/a
CSC-Lawyers Incorporating Service
Company, Registered Agent
211 E. 7th Street, Suite 620
Austin, TX  78701-3218

RE:   Claim of Kelley Brothers Contractors, Inc., a Mississippi corporation, for materials furnished to Sklar Exploration Company, LLC, a Louisiana limited liability company, for the following wells in the Southeast Brooklyn Oil Unit, which unit is located in Conecuh County, Alabama and Escambia County, Alabama:

- Cedar Creek Land & Timber 32-9 #1
- Cedar Creek Land & Timber 34-12 #1
- Cedar Creek Land & Timber 34-15 #1

505301v.1 K334/00001 (Kelley Brothers/Sklar –
Southeast Brooklyn Oil Unit Wells, Conecuh County & Escambia County, AL)

- Cedar Creek Land & Timber 35-13 #1
- Cedar Creek Land & Timber 3-4 #1 (R13E)
- Cedar Creek Land & Timber 3-7 #1
- Cedar Creek Land & Timber 4-1 #1 WI
- Logan 5-7 #1

Ladies and Gentlemen:

Our Firm represents Kelley Brothers Contractors, Inc., a Mississippi corporation, ("Kelley Brothers"). Kelley Brothers has recently perfected a lien claim (the "Lien") against the referenced wells and the corresponding leasehold estates (the "Leasehold Estates") to secure the payment of the referenced claim of Kelley Brothers. The Leasehold Estates are further described in the Verified Statement of Lien (the "Lien Statement") which has been filed for record in the office of the Judge of Probate of Conecuh County, Alabama, and in the office of the Judge of Probate of Escambia County, Alabama. A copy of the Lien Statement (without exhibits) is attached to this letter.[1]

It is our understanding that you[2] may be the first purchaser of a portion of the production under the Leasehold Estates encumbered by the Lien.

As you may be aware, the lien under the Alabama Oil and Gas Lien Act extends not only to the leasehold estate for which the claimant's services and/or materials were furnished, but also to the production from that leasehold estate. As such, we instruct you to suspend all payment for production sold to you by Sklar Exploration Company, LLC, the operator of the Leasehold Estate, with respect to production from these Leasehold Estates, until the referenced claim is satisfsied, or you are otherwise advised by Kelley Brothers that the Lien has been released.

Contact me if you have any questions or comments regarding the foregoing matter.

Very truly yours,

/S/ *William R. Sudela*

William R. Sudela

Enclosure

---

1 Contact me if you would like to have a copy of the exhibits to the Claim of Lien forwarded to you.

2 References to "you", "your", and similar pronouns are intended to be references to the addressees of this letter.

505301v.1 K334/00001 (Kelley Brothers/Sklar –
Southeast Brooklyn Oil Unit Wells, Conecuh County & Escambia County, AL)

cc:     ***Via Email:  kelleybros@kelleycompanies.com***
        Jerry Kelley, President
        Kelley Brothers Contractors, Inc.
        (w/ Attachments)

        ***Certified Mail - Return Receipt***
        ***Requested and Regular Mail***
        Sklar Exploration Company, LLC
        401 Edwards St., Suite 1601
        Shreveport, LA  71101

        ***Certified Mail - Return Receipt***
        ***Requested and Regular Mail***
        Sklar Exploration Company, LLC
        c/o C T Corporation System
        Registered Agent
        3867 Plaza Tower Dr.
        Baton Rouge, LA  70816

# VERIFIED STATEMENT OF LIEN

STATE OF ALABAMA § 
§ 
COUNTIES OF CONECUH AND ESCAMBIA §

KELLEY BROTHERS CONTRACTORS, INC., a Mississippi corporation, ("Claimant") files this statement in writing, verified by the oath of JERRY KELLEY, President of Kelley Brothers Contractors, Inc., who has personal knowledge of the facts herein set forth below:

That Claimant claims a lien (the "Lien") upon the "Property" (herein defined), to the extent of the interest therein, legal and/or equitable, fee and/or leasehold, of the "Working Interest Owners" (herein defined), to the extent provided herein.

The Property includes:

the land (the "Land") situated in Conecuh County, State of Alabama and Escambia County, State of Alabama, further described in the attached **Exhibits "A", "B", and "C"**, including all improvements and appurtenances thereto;

all mineral leasehold estates with respect to minerals located in, on, or under the Land (the "Leasehold Estates"), including the leases (the "Leases") associated with the "Wells" (herein defined), including all field wide units in which the Wells are located, and each production unit in which any one or more of the Wells is located, including all improvements and appurtenances to the Land, and/or the Wells, and including the right to the use of the surface of the Land, and the right to extract minerals located in, on, or under the Land;

all easements to and/or from the Land (the "Easements"), including, but not necessarily limited to, those easements described in, and/or referred to in the instruments listed in, the attached **Exhibit "A"**, and/or described and/or referred to in the attached **Exhibit "B"**;

all licenses and permits pertaining to the Land and/or the Wells, including, but not necessarily limited to, those permits and/or licenses described in,

and/or referred to in the instruments listed in, the attached **Exhibits "A", "B", and "C"**;

all wells (the "Wells", whether one or more) used in connection with operations conducted in, on, under, or about the Land, including the overall operation of the Wells, such Wells including, but not necessarily limited to: those wells identified in, and/or referred to in the instruments listed in, the attached **Exhibits "A", "B", and "C"**;

all other property and/or property rights pertaining to the use and/or operation of the Land and/or the Wells, including, but not necessarily limited to, those properties and/or property rights described in, and/or referred to in the instruments listed in, the attached **Exhibits "A", "B", and "C"**; and,

such additional property as provided by the laws of the State of Alabama, including, but not necessarily limited to, Alabama Code §35-11-210, et seq.

This Lien is claimed, separately, severally, and jointly, as to the Land, the Leasehold Estates, the Wells, the buildings and improvements in, on, under, or about the Land, the Leasehold Estates, and/or the Wells, and all rights and appurtenances pertaining to any or all of the foregoing.

That said Lien is claimed to secure an indebtedness of **Fourteen Thousand One Hundred Fifty Six and 00/100 Dollars ($14,156.00)** with interest as may be allowed under the laws of the State of Alabama from the respective dates of the furnishing of the services, material and/or equipment (collectively, the "Work") giving rise to the Lien claimed herein, which Work and the dates of furnishing are further described in the attached **Exhibit "B"**.

The first of the Work was provided on **October 29, 2019**. The last of the Work was provided on **March 13, 2020**. (See, also, the attached **Exhibit "B"**.)

The Working Interest Owners, who are the owners or proprietors of said Property, and their respective addresses, are:

Sklarco, LLC
401 Edwards St.,
Suite 1601
Shreveport, LA 71101

Sklarco, LLC
c/o C T Corporation
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

Hughes Oil Inc.
Mirror Lake Office Plaza
2829 Lakeland Dr., Suite 1670
Flowood, MS  39232

Tauber Exploration & Production Co.
c/o Richard E. Tauber,
Registered Agent
55 Waugh Drive, Suite 600
Houston, TX  77007

Pruet Production Company
c/o William R. James
Registered Agent
217 West Capital Street, Suite 201
Jackson, MS  39201

Bundero Investment Company, LLC
333 Texas Street, Suite 300
Shreveport, LA  71101

Bundero Investment Company, L.L.C.
c/o Malcolm S. Murchison
Registered Agent
401 Edwards Street, Suite 820
Shreveport, LA  71101

Fant Energy Limited
PO Box 55205
Houston, TX  77255

Fant Energy Limited
1322 N. Post Oak Rd.
Houston, TX  77055

Fant Energy Limited
c/o Capitol Corporate Services, Inc.
206 E. 9th St., Suite 1300
Austin, TX  78701

The Rudman Partnership, Ltd.
c/o W. R. Sibley III, Registered Agent
1700 Pacific Avenue, Suite 4700
Dallas, TX  75204

Hanson Operating Company, Inc.
P.O. Box 1515
Roswell, NM  88202-1515

Hanson Operating Company, Inc.
c/o Ray Willis, Registered Agent
400 N. Pennsylvania, Suite 1200
Roswell, NM  88201

Craft Exploration Company, LLC
325 Lakeshire Pkwy.
Canton, MS  39046

Craft Exploration Company, LLC
PO Box 2430
Madison, MS  39130

Craft Exploration Company, LLC
c/o Julie Den Herder, Registered Agent
125 Bradshaw Crossing
Canton, MS  39046

J & A Harris, LP
3141 Hood Street, Suite 520
Dallas, TX  75219

J & A Harris, LP
c/o Angela Harris
333 Texas Street, Suite 1414
Shreveport, LA  71101-3679

JF Howell Interests, LP
Attn:  James David Morgan, Manager
416 Travis Street, Suite 700
Shreveport, LA  71101

JF Howell Interests, LP
350 N. St. Paul Street, Suite 2900
Dallas, TX  75201

JF Howell Interests, LP
c/o J. Benjamin Warren, Jr.
Registered Agent
401 Edwards St., Suite 2010
Shreveport, LA  71101

JJS Interests North Beach, LLC
4295 San Felipe, Suite 207
Houston, TX  77027

JJS Working Interests LLC
c/o Justin Simons, Registered Agent
2001 Kirby Dr., Suite 1110
Houston, TX  77019

Fletcher Exploration, LLC
P.O. Box 2147
Fairhope, AL  36533

Fletcher Exploration, LLC
c/o Ricky Fletcher
Registered Agent
25 Spring Run Drive
Fairhope, AL  36532

FPCC USA, Inc.
445 Louisiana Ave.
Baton Rouge, LA  70802

FPCC USA, Inc.
c/o Corporation Service Company
Registered Agent
501 Louisiana Avenue
Baton Rouge, LA  70802

KMR Investments LLC
P.O. Box 417
Homer, LA  71040

KMR Investments LLC
c/o James Michael Hays
Registered Agent
209 Sam Baird Rd.
Homer, LA  71040

Hughes 2000 CT LLC
Mirror Lake Office Plaza
2829 Lakeland Dr., Suite 1670
Flowood, MS  39232

Hughes 2000 CT LLC
c/o Stanley Lee Kyner
Registered Agent
304 Thorngate Drive
Brandon, MS  39042

McCombs Energy, Ltd.
5599 San Felipe, Suite 1200
Houston, TX  77056

McCombs Energy, Ltd.
c/o Gary V. Woods
Registered Agent
755 East Mulberry, Suite 600
San Antonio, TX  78212

Marksco, L.L.C.
c/o Mark Sealy, Registered Agent
333 Texas Street, Suite 1050
Shreveport, LA  71101

Franks Exploration Co., LLC
c/o Faith N. Gilbert
Registered Agent
1312 N. Hearne Ave.
Shreveport, LA  71107-6516

Tiembo Ltd.
Attn:  Mark Rauch
PO Box 270415
Houston, TX  77277-0415

Tiembo Ltd.
c/o Gary S. Glesby, Registered Agent
3040 Post Oak Blvd., 13th Fl.
Houston, TX  77056

Pickens Financial Group, LLC
8499 Greenville Avenue, Suite 105
Dallas, TX  75231-2417

Pickens Financial Group, LLC
c/o Pickens Energy Corporation
Registered Agent
10100 N. Central Expressway
Suite 200
Dallas, TX  75231-4159

Dickson Oil & Gas, LLC
307 Deborah Drive
Shreveport, LA  71106

Dickson Oil & Gas, LLC
PO Box 52479
Shreveport, LA  71135

Dickson Oil & Gas, LLC
c/o Michael E. Riddick
Registered Agent
333 Texas St., Suite 700
Shreveport, LA  71101

Resource Ventures, LLC
Attn:  Mark A. Arnold
7112 W. Jefferson Ave., Suite 106
Lakewood, CO  80235

Resource Ventures, LLC
Attn:  Mark A. Arnold
8369 South Park Lane, Suite B
Littleton, CO  80120

Resource Ventures LLC
c/o Steven Swanson
Registered Agent
5720 S. Benton Circle
Littleton, CO  80123

Landmark Exploration, LLC
PO Box 12004
Jackson, MS  39236

Landmark Exploration, LLC
c/o Michael E. Johnson
Registered Agent
113 Park Circle Drive
Flowood, MS  39332

DBC Resources, LP
P.O. Box 191407
Dallas, TX  75219-1407

DBC Resources, LP
4242 Lomo Alto, Apt. #30
Dallas, TX  75219

DBC Resources, LP
c/o Donald L. Clark
Registered Agent
4428 Windsor Parkway
Dallas, TX  75205

DCOD LLC
16250 Dallas North Parkway
Dallas, TX  75248

DCOD, LLC
c/o Dale Clark, Registered Agent
16390 Addison Rd.
Addison, TX 75001

Claimant furnished the Work to **Sklar Exploration Company, LLC, a Louisiana limited liability company**, ("Sklar Exploration"), who was the operator of the Wells. **Sklarco, LLC, a Louisiana limited liability company**, ("Sklarco") holds a working interest in the Property. Sklar Exploration and Sklarco are related entities. In that regard, to the extent of Sklarco's ownership interest in the Property, Sklar Exploration was the agent of Sklarco. As such Claimant furnished its Work on the Property, and asserts the Lien, as a direct contractor to Sklarco, and asserts the Lien both as to Sklar Exploration's ownership and operating interest in and to the Property, and as to Sklarco's ownership interest in and to the Property.

Further, to the extent Sklar Exploration was acting as the agent of any of the other Working Interest Owners, Claimant furnished its work on the Property, and asserts the Lien, as a direct contractor to such Working Interest Owners and, to that extent, asserts the Lien against the interest in the Property held by such other Working Interest Owners.

Without waiving the foregoing, to the extent Sklar Exploration was acting as a contractor to a Working Interest Owner, and not as its agent, Claimant furnished its work on the Property, and asserts the Lien, as a subcontractor to Sklar Exploration, against the interest in the Property held by such Working Interest Owner.

_____
Jerry Kelley, President of Kelley Brothers Contractors, Inc., a Mississippi corporation